EXHIBIT
1

Wesley Wilcox, CERA
Supervisor of Elections
Marion County, Florida
981 NE 16th Street
Ocala, Florida 34470
Phone: 352.620.3290
Fax: 352.620.3286
Email: wwilcox@votemarion.gov

August 1, 2025

VIA HAND DELIVERY, FAX and EMAIL

Dear Mr. Wilcox:

Enclosed is your letter dated "July 2025" where you wrote in relevant part:

> Your voter registration application was received incomplete and could not be processed because it was missing some of the information required by law
> The post office did not recognize your address as a residential address.

Mr. Wilcox, Florida law does not require the post office to recognize my address as a residential address. Therefore, enclosed is another application to register to vote at 2801 SW College Rd, STE 3, Ocala, FL 34474. Also enclosed:

1. My Declaration of Domicile recorded with the Marion County Clerk and Comptroller, showing my legal address where I live, 2801 SW College Rd., STE 3, Ocala, FL 34474.

2. A 3 page publication by the Florida Division of Elections, Voter Residency In Florida, *DE Reference Guide 0003 (Updated 06-2019; supersedes all prior versions)*. Once again, Florida law does not require the post office to recognize my address as a residential address. See paragraph 1 of the enclosed publication, the last sentence:

> A business address is not a satisfactory legal residential address. However, although not the rule, if the person is able to prove residence there despite the zoning ordinance, a fact-finding body could determine that the business address is the person's legal residential address. Footnote 4: Andrews v. Hartzog, Case No. 38-2008-CA-000032 (8th Cir. Levy County, Florida 2008)

My legal address, 2801 SW College Rd, STE 3, Ocala, Florida 34474, is an office condo zoned B2 according to the Marion County Property Appraiser (MCPA) property card.

B2 zoning means COMMUNITY BUSINESS, according to the MCPA zoning code descriptions. The City of Ocala Municode for B2 Community Business zoning, Sec. 122-622 Permitted principal uses, shows my use as an Residence Office is permitted without exception in the community business (B-2) district. There are additional residential uses permitted in B2, but for now I rely upon Sec. 122-622 - Permitted principal uses. (1) Residential uses, a. Residential operation, 5. Residence—Office.




Neil J. Gillespie at 2801 SW College Rd., STE 3, Ocala, FL 34474

Please see attached my fictitious name certification for Justice Network. The Florida Department of State certified that JUSTICE NETWORK is a Fictitious Name registered with the Department of State on January 25, 2018. The Registration Number of this Fictitious Name is G18000014506. The certification was signed and sealed by Secretary of State Cord Byrd on September 9, 2023. Secretary Byrd further certified as follows: "I further certify that said Fictitious Name Registration is active. I further certify that said Fictitious Name Registration filed a renewal on September 7, 2023, and expires on December 31, 2028."

Owner Information
GILLESPIE, NEIL JOSEPH
2801 SW COLLEGE RD, STE 3
OCALA, FL 34474

Also attached is my Employer identification number (EIN) 22-3884681 issued by the IRS.

Should this matter proceed to civil rights litigation, please designate who is authorized to accept service of process on your behalf. Thank you.

Sincerely,

Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
NeilGillespie@mail.com (E-Filing Portal)
Enclosures

**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

**If you do not meet any ONE of these requirements, you are not eligible to register.**

### Questions?

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (*acceptable IDs*–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (*acceptable documents*–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

## Florida Voter Registration Application
**Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)**

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration ☒ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card

1 Are you a citizen of the United States of America? ☒ YES ☐ NO

OFFICIAL USE ONLY

2 ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3 ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4 Date of Birth (MM-DD-YYYY) Mar/19/1956

FVRS No: 105766466

5 Florida Driver License (FL DL) or Florida identification (FL ID) Card Number: [redacted]

If no FL DL or FL ID, then provide ➔ Last 4 digits of Social Security Number: 5117

☐ I have NONE of these numbers.

| | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|
| 6 | GILLESPIE | NEIL | JOSEPH | |

| | Address Where You Live (legal residence-no P.O. Box) | Apt/Lot/Unit | City | County | Zip Code |
|---|---|---|---|---|---|
| 7 | 2801 SW College Rd | STE 3 | Ocala | MARION | 34474 |

| | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|
| 8 | | | | | |

| | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|
| 9 | 981 NE 16TH ST | | OCALA | FL | 34470 |

| | Former Name (if name is changed) | Gender | State or Country of Birth | Telephone No. (optional) |
|---|---|---|---|---|
| 10 | | ☒ M ☐ F | PENNSYLVANIA | ( )3522399037 |

11 ☒ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above) My email address is: NeilGillespie@Mail.com

**Party Affiliation**
(*Check only one. If left blank, you will be registered without party affiliation*)
☐ Florida Democratic Party
☐ Republican Party of Florida
☒ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (*Check only one*)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, *not of* Hispanic Origin
☐ Hispanic
☒ White, *not of* Hispanic Origin
☐ Multi-racial
☐ Other:

(*Check only one if applicable*)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12 Oath: *I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.*

SIGN/ MARK HERE ➔

Date: 8/1/2025

GREGORY C HARRELL CLERK & COMPTROLLER MARION CO
DATE: 07/31/2025 01:02:26 PM
FILE #: 2025102507 OR BK 8675 PG 985
REC FEES: $10.00 INDEX FEES: $0.00
DDS: $0 MDS: $0 INT: $0

**DECLARATION OF DOMICILE**

To the Clerk of the Circuit Court and Comptroller of Marion County, Florida.

This is my declaration of domicile in the State of Florida that I am filing this day in accordance and in conformity with Section 222.17 Florida Statutes.

FOR DOMICILIARIES OF THE STATE OF FLORIDA:

I hereby declare that I reside in and maintain a place of abode at:

2801 SW College Rd, STE 3 (since 01-02-2023)
(Street Address)
City of Ocala, Marion County, Florida 34474
(City and County) (Zip Code)

Which place of abode I recognize and intend to maintain as my permanent home and, if I maintain another place or places of abode in some other state or states, I hereby declare that my above described residence and abode in the State of Florida constitutes my predominant and principle home, and I intend to continue it permanently as such. I am, at the time of making this declaration, a bona fide resident of the State of Florida residing at:

2801 SW College Rd, STE 3 (since 01-02-2023)
(Street Address)
City of Ocala, Marion County, Florida 34474
(City and County) (Zip Code)

I formerly resided at:

8092 SW 115th Loop (ended 04-19-2022)
(Street Address)
Ocala, Marrion County, Florida 34481
(City and County) (State and Zip Code)

and the place or places where I maintain another or other places of abode are as follows: (Here list street address, city, county, and state of any other place or places of abode.)

None.

CLERK OF COURT AND COMPTROLLER MARION COUNTY, FLORIDA

Certified A True Copy of page document this 31 day of July 2025 GREGORY C. HARRELL Clerk of Court and Comptroller By [signature] D.C.

Neil Joseph Gillespie
Print Name

[signature]
Signature

STATE OF FLORIDA
COUNTY OF MARION

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this 31 day of July, 2025 by Neil Joseph Gillespie.

[signature]
Signature and Title of Notarizing or Attesting Official

BRENT C. MARTIN
MY COMMISSION # HH 505305
EXPIRES: March 18, 2028

Brent Martin
(Print, type, or stamp commissioned name of Notary Public)

Personally Known ☐ OR Produced Identification ☒

Type of Identification Produced: FL DL

FLORIDA DIVISION OF ELECTIONS

# VOTER RESIDENCY IN FLORIDA

***DE Reference Guide 0003 (Updated 06-2019; supersedes all prior versions)***

*These guidelines are for reference only. They are not to be construed as legal advice or representation. For any particular set of facts or circumstances, refer to the applicable state, federal law, and case law, and/or consult a private attorney before drawing any legal conclusions or relying upon this information.*

1. **Legal residence - Permanent.** Legal residency is not defined in law. However, over the years, the courts and the Florida Department of State/Division of Elections' have construed legal residency to be where a person mentally intends to make his or her permanent residence for purposes of registration.[1] Additional evidence of such intent can come from items or activities such as obtaining a Florida driver's license and listed residential address[2], paying tax receipts, paying bills for residency (light, water, garbage service) and receiving mail at address, claiming the property as homestead,[3] declaring the county as domicile, and doing other activities indicative or normally associated with home life. Therefore, legal residence is a convergence of intent and fact. Once residency is established for voting purposes, it is presumptively valid or current until evidence shows otherwise. See *Op. Atty Gen. Fla. 055-216 (August 26, 1955).* A business address is not a satisfactory legal residential address. However, although not the rule, if the person is able to prove residence there despite the zoning ordinance, a fact-finding body could determine that the business address is the person's legal residential address.[4]

2. **Legal residence - Temporarily Out-of-County.** A person who has no permanent address in the county but intends to remain a resident of Florida and the county in which he or she is registered must be re-assigned to the Supervisor of Elections' main office address and corresponding precinct. (Section 101.045, Fla. Stat.) The person has to have had some prior physical presence and residence in the county. Such persons though cannot vote in the municipal elections.

3. **Legal residence - Mobile.** For a person with a nontraditional abode (e.g., boat, motor home, etc.) who has or had physical presence in the county and intends for the county to be his or her permanent residence, acceptable addresses for voter registration purposes could include: 1) the place where messages are regularly received,[5] 2) the general delivery address at a specific post office, or 3) the address for the campground or docking site (if mail is received there). Please note Supervisors of Elections have a duty per s. 98.045, F.S., to determine whether a person is eligible or not. If it appears that the address is not a residential address or cannot be determined to be a residential address, a Supervisor may ask the applicant for more information to determine if the applicant is a legal resident of the county. For example, if the applicant provides an address of a mail forwarding company as his or her residential address, the Supervisor may ask the applicant what other meaningful contacts exist to support the applicant's prior or present physical presence in the county and intent to be a permanent residence of the county. See DE 18-09. For those mobile applicants who are legal residents of the county but who do not

---

[1] See Op. Div. Elect. Fla. 93-05, 80-27; 78-27, 16-01, and 18-09; Walker v. Harris, 398 So. 2d 955 (Fla. 4th DCA 1981); and Cruickshank v. Cruickshank, 420 So. 2d 914 (Fla. 1st DCA 1982). Bloomfield v. City of St. Petersburg, 82 So.2d 364 (Fla. 1955); Ogden v. Ogden, 33 So.2d 870 (Fla. 1947); Herron v. Passailaigue, 110 So. 539 (Fla. 1926).

[2] Under Florida law, you cannot have two valid driver licenses for different states at the same time.

[3] For homestead exemption claims, "permanent residence" is defined as the place where a person has his or her true, fixed, and permanent home and principal establishment to which, whenever absent, he or she intends to return. A person can only have one permanent residence at a time. Once established, the status continues until the person shows that a change has occurred." See s. 196.012, F.S. Permanent residence is a factual determination by the property appraiser. See s. 196.015, F.S.

[4] Andrews v. Hartzog, Case No. 38-2008-CA-000032 (8th Cir. Levy County, Florida 2008)

[5] A mail-forwarding service company's address alone is not sufficient evidence of legal residential address for purposes of voter registration and should not be used to create a fictional residential presence in the county when the voter has no past or present physical presence and no other meaningful contacts in the county (*see* DE 18-09).

maintain a permanent presence in the county, such persons are temporarily residing out-of-county and should be processed per Section 101.045, Fla. Stat.

4. **Legal residence - Homeless.** It is against Florida and federal laws to discriminate against a homeless person. The voter registration laws cannot be applied in a manner to deny such person the right to register to vote.[6] Therefore, a person who is homeless or without a permanent 'traditional' home but intends to remain permanently in the locale can register using an address for: 1) place where he or she regularly receives messages, 2) the church if it agrees to accept mail or messages on the person's behalf, 3) the shelter or other local that a person frequents and could be reached, 4) the specific post office for general delivery. It may even be a specific street corner, park bench, vacant lot, etc., to where the person frequently rests or returns and intends to serve as the "home-base".[7] The point is to be able to locate and assign a precinct to correspond with that location.

5. **Legal residence - Military /uniformed services personnel and family members (FVAP/UOCAVA).**[8] In order to claim a specific Florida county as residence, a person:
   - Must have or had physical presence in the state and simultaneously have the intent to remain or make the Florida his or her home or domicile.
   - May only have one legal residence at a time, but may change residency each time he or she is transferred to a new location.
   - Must make a conscious decision to change residency as exemplified by such acts as registering to vote, registering a car, qualifying for in-state tuition, etc.
   - May not revert to the previous residence without re-establishing new physical presence and intent to remain or return.

   *Uniformed service personnel and their family members cannot arbitrarily choose which state to declare as their legal voting residence without first meeting the state's residency requirements.* Marriage to an active duty member does not automatically confer the same legal residence. Florida's intent and physical presence criteria must still be met independently except as noted below under the Military Spouse Residency Relief Act of 2009 as amended. A minor typically assumes either one of the parent's legal residence. Therefore, it is possible for members of the same military family to have different legal residences. Once a minor becomes 18, he or she can establish his or her own residency (which can be different from either parent), provided he or she has physical presence and intent to remain or return.

   The **Military Spouse Residency Relief Act of 2009**[9] (MSRRA) gave a military spouse the right to retain residency status (for voting or taxation purposes) in the same state as the military member when the couple had to relocate from the state due to military orders. It was presumed that the couple shared the same domicile/legal residency state for voting (and/or taxation) purposes and if not, that the spouse had independently met or would meet the state's residency requirement. The **Veterans' Benefits and Transition Act of 2018**[10] (see section 303) amended section 705(b) of the **MSRRA** (50 U.S.C. 4025(b). Effective March 31, 2019 and thereafter, a spouse of an absent stateside or overseas service person who is a resident of another state may claim the service person's

---

[6] Advisory Opinions DE 89-04 and 90-07 at: https://dos.myflorida.com/elections/laws-rules/advisory-opinions/advisory-opinions-by-year/

[7] Note that the NVRA national mail-in registration form includes a part where an applicant can draw a map to where they live in response to non-traditional types of residential addresses. Supervisors of elections may have to work with their respective post office/voting liaison officer to prevent additional requirements that may have unintended consequences for the homeless voter applicant or registered voter.

[8] Federal Voter Assistance Program at https://www.fvap.gov/ and https://www.fvap.gov/guide/appendix/faq and Uniform and Overseas Citizens Absentee Voting Act (UOCAVA) at https://www.fvap.gov/uploads/FVAP/Policies/uocavalaw.pdf

[9] Public law 111-97 (eff.11/15/09 https://www.congress.gov/111/plaws/publ97/PLAW-111publ97.pdf; Senate Report 111-46 regarding MSRRA; https://www.congress.gov/congressional-report/111th-congress/senate-report/46/1?q=%7B%22search%22%3A%5B%22military+spouse+residency+relief+act+of+2009%22%5D%7D.

[10] https://www.congress.gov/bill/115th-congress/senate-bill/2248/text

state of voter residency by virtue of the marriage regardless of when they married and without having to establish independently physical presence in the service person's state of voter residency. For example, if the absent stateside or overseas service person is a resident of Florida and the spouse is a resident of Ohio, then the spouse (regardless of when they married) can now claim Florida voter residency without having to independently establish physical presence.

6. **Legal residence - Overseas Citizens.**[11] An overseas citizen's residence is the last state in which he or she resided immediately prior to leaving the U.S. This right extends to an overseas citizen even if he or she no longer owns property or has no other ties to the last state of residence and his or her intent to return to that state may be uncertain. In the latter case, such overseas citizen is technically temporarily residing outside the county and could not vote in municipal elections. [12] Where a person registers/votes is a factor used to determine residency under federal, state or local tax laws except when exercising the right to vote solely in elections for federal offices.

7. **Legal residence - U.S. citizen born or living abroad.** A U.S. citizen who is born or living abroad **and** has never lived in Florida is not permitted to register or vote in Florida under current Florida law.

8. **Legal residence - College/University Student.**[13] Students constitute a significant percentage of 1st time registrants/voters. A student's residential address is the address the student intends to be his or her permanent address as stated on the application—just like any other applicant who affirms indefinitely a Florida legal residential address and no matter how long he or she ends up staying (the student may leave for a summer or after 2 or 4 years). A communal university mail address is satisfactory, even if the driver's license lists a different address.[14]

[11] Cf. footnote 6.
[12] s. 101.045, F.S.
[13] Every college and university must make registration forms available to their students. See Higher Education Act of 1998. Qualifying education institutes must provide at least once the opportunity for students to register or update their records. s. 97.0583, F.S.
[14] That does not negate the requirement to provide a Florida driver's license or social security number (if he or she has one) for registration.

# *State of Florida*

## *Department of State*

I certify from the records of this office that JUSTICE NETWORK is a Fictitious Name registered with the Department of State on January 25, 2018.

The Registration Number of this Fictitious Name is G18000014506.

I further certify that said Fictitious Name Registration is active.

I further certify that said Fictitious Name Registration filed a renewal on September 7, 2023, and expires on December 31, 2028.

*Given under my hand and the Great Seal of Florida, at Tallahassee, the Capital, this the Ninth day of September, 2023*

***Secretary of State***

FLORIDA DEPARTMENT *of* STATE | DIVISION OF CORPORATIONS

Sunbiz.org DIVISION *of* CORPORATIONS *an official State of Florida website*

Previous on List | Next on List | Return to List | Fictitious Name S
Filing History | Submit

# Fictitious Name Detail

## Fictitious Name

**JUSTICE NETWORK**

## Filing Information

| | |
|---|---|
| Registration Number | G18000014506 |
| Status | ACTIVE |
| Filed Date | 01/25/2018 |
| Expiration Date | 12/31/2028 |
| Current Owners | 1 |
| County | MULTIPLE |
| Total Pages | 7 |
| Events Filed | 6 |
| FEI/EIN Number | 22-3884681 |

## Mailing Address

2801 SW COLLEGE RD
STE 3
OCALA, FL 34474

## Owner Information

GILLESPIE, NEIL JOSEPH
2801 SW COLLEGE RD, STE 3
OCALA, FL 34474
FEI/EIN Number: NONE
Document Number: NONE

## Document Images

01/25/2018 -- Fictitious Name Filing | View image in PDF format

| | |
|---|---|
| 09/07/2023 -- Fictitious Name Renewal Filing | View image in PDF format |
| 05/03/2023 -- CHANGE NAME/ADDRESS | View image in PDF format |
| 02/01/2023 -- CHANGE NAME/ADDRESS | View image in PDF format |
| 02/01/2023 -- CHANGE NAME/ADDRESS | View image in PDF format |
| 01/31/2023 -- CHANGE NAME/ADDRESS | View image in PDF format |
| 04/23/2020 -- CHANGE NAME/ADDRESS | View image in PDF format |

Previous on List Next on List Return to List Fictitious Name S

Filing History Submit

Florida Department of State, Division of Corporations

FILED
Sep 07, 2023
Secretary of State
G23000107989

# APPLICATION FOR RENEWAL OF FICTITIOUS NAME

REGISTRATION# G18000014506

**Fictitious Name:** JUSTICE NETWORK

**Current Mailing Address:**

2801 SW COLLEGE ROAD
SUITE 3
OCALA, FL 34474

**Current County of Principal Place of Business:**

MULTIPLE

**Current FEI Number:**

22-3884681

**Current Owner(s):**

Document #: ( ) Delete
FEI #:
Name: GILLESPIE, NEIL JOSEPH
Address: 11100 SW 93RD COURT RD., SUITE 10-220
City-St-Zip: OCALA, FL 34481

**New Mailing Address:**

2801 SW COLLEGE RD
STE 3
OCALA, FL 34474 UN

**New County of Principal Place of Business:**

**New FEI Number:**

**Additions/Changes to Owner(s):**

Document #: (X) Change ( ) Addition
FEI #:
Name: GILLESPIE, NEIL JOSEPH
Address: 2801 SW COLLEGE RD, STE 3
City-St-Zip: OCALA, FL 34474

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I understand that the electronic signature below shall have the same legal effect as if made under oath. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| Electronic Signature(s) | Date |
|---|---|
| NEIL JOSEPH GILLESPIE | 09/07/2023 |

**Certificate of Status Requested (X)** **Certified Copy Requested ( )**

IRS Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0038

In reply refer to: 0458430040
Jan. 15, 2025 LTR 147C 0
22-3884681 000000 00
00007183
BODC: SB

NEIL J GILLESPIE
DBA JUSTICE NETWORK
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

003329

Employer identification number: 22-3884681

Dear Taxpayer:

Thank you for your inquiry of Jan. 06, 2025.

Your employer identification number (EIN) is 22-3884681. Please keep this letter in your permanent records. Enter your name and EIN on all federal business tax returns and on related correspondence.

You can get any of the forms or publications mentioned in this letter by visiting our website at IRS.gov/forms or by calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call 800-829-4933.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number ( ) ______________________ Hours ______________________

Keep a copy of this letter for your records.

Thank you for your cooperation.

0458430040
Jan. 15, 2025 LTR 147C 0
22-3884681 000000 00
00007184

NEIL J GILLESPIE
DBA JUSTICE NETWORK
2801 SW COLLEGE RD STE 3
OCALA FL 34474-4430

Sincerely yours,

Mr. Wilson
Department Manager, Accounts Mgmt.

Enclosures:
Copy of this letter

**Wesley Wilcox**
*Supervisor of Elections, Marion County, FL*

**Election Center**
981 NE 16th ST • Ocala, FL 34470
M PO Box 289 • Ocala, FL 34478-0289
P 352-620-3290
F 352-620-3286
W www.VoteMarion.Gov

**Voter Registration Application Incomplete, *Solicitud de registro de votantes incompleta*: [105766466]**

July 2025

GILLESPIE, NEIL J [105766466]
2801 SW COLLEGE RD UNIT 3
OCALA FL 34474

RECEIVED
By PC1 at 1:08 pm, Aug 01, 2025

NEIL:

Your voter registration application was received incomplete and could not be processed because it was missing some of the information required by law.

The post office did not recognize your address as a residential address.
La oficina de correos no reconoce su dirección como una dirección residencial..

We have enclosed a Florida Voter Registration Application for your convenience. Please complete the application in full, sign the application and return it to the Election Center. Another option is to visit **www.RegistertoVoteFlorida.Gov** and register online.

After we receive your application and process it, we will send you a Marion County Voter Information Card. If you have not received your card within 2 weeks, please contact our office.

If you have questions please call 352-620-3290, M-F, 8:30 a.m. to 4:30 p.m.

*Su solicitud de registro de votante se recibió incompleta y no se pudo procesar porque le faltaba parte de la información requerida por la ley.*

*Hemos incluido una Solicitud de registro de votante de Florida para su conveniencia. Complete la solicitud en su totalidad, firme la solicitud y devuélvala al Centro de Elecciones. Otra opción es visitar* ***www.RegistertoVoteFlorida.Gov*** *y registrarse en línea .*

*Después de que recibamos su solicitud y la procesemos, le enviaremos una Tarjeta de información para el votante del Condado de Marion. Si no ha recibido su tarjeta dentro de 2 semanas, comuníquese con nuestra oficina.*

*Si tiene preguntas, llame al 352-620-3290, de lunes a viernes, de 8:30 a.m. a 4:30 p.m.*

Respectfully, *Respetuosamente,*

Wesley Wilcox, CERA
Supervisor of Elections · Marion County, Florida
*Supervisor de Elecciones · Condado de Marion, Florida*

**Wesley Wilcox**
**Supervisor of Elections**
Election Center
PO Box 289
Ocala, FL 34478-0289

Return Service Requested

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

JACKSONVILLE RPDC 320
30 JUL 2025 PM 2

quadient
FIRST-CLASS MAIL
IMI
$000.74
07/29/2025 ZIP 34470
043M31231531
US POSTAGE

**RECEIVED**
**By PC1 at 1:08 pm, Aug 01, 2025**

July 2025

GILLESPIE, NEIL J [105766466]
2801 SW COLLEGE RD UNIT 3
OCALA FL 34474

3447 3003

# Voter Information Lookup

Please find your voter registration information below.

Full Name:
NEIL JOSEPH GILLESPIE

Street Address:
981 NE 16TH ST

City:
OCALA

Zip Code:
34470

County Name:
MARION

Voter Identification Number:
105766466

Date Of Registration:
10/7/2024

Party:
No Party Affiliation

Voter Status:
Active*

EXHIBIT
2

* An active voter means the person is registered to vote. The deadline to register to be eligible to vote in an upcoming election is 29 days before that election.

Access Ballot and Precinct Information available through your county Supervisor of Elections' (https://dos.myflorida.com/elections/for-voters/check-your-voter-status-and-polling-place/voter-precinct-lookup/) website.

New Search (/en/CheckVoterStatus)

Please email BVRSHelp@dos.myflorida.com (mailto:BVRSHelp@dos.myflorida.com) for website assistance.

Ron DeSantis, Governor
Cord Byrd, Secretary of State

FLORIDA DIVISION OF ELECTIONS

Privacy Policy (http://dos.myflorida.com/privacy-policy/)
| Accessibility (http://dos.myflorida.com/accessibility/)
| Site Map (http://dos.myflorida.com/site-map/)
| Communications (http://dos.myflorida.com/communications/)
| Connect (http://dos.myflorida.com/communications/connect/)

Questions or comments? Contact Us (mailto:BVRSHelp@dos.myflorida.com )

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Florida Department of State

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

Voter Assistance Hotline: 1.866.308.6739
Hours: Monday - Friday 8:00 AM - 5:00 PM (Eastern Time)
If hearing or speech impaired, please contact the Division using the Florida Relay Service (https://www.ftri.org/relay), 1.800.955.8771 (TTY) or 1.800.955.8770 (Voice) or 1-800-955-1339 (ASCII), or 1.877.955.8773 (español a español ).

Copyright (http://dos.myflorida.com/copyright/) © 2019 State of Florida, Florida Department of State.

Ocala StarBanner | Ocala.com

EXHIBIT
3

LOCAL

# None of the candidates for the city of Ocala election qualified. Here's what happens next



**Austin L. Miller**
Ocala Star-Banner

July 14, 2025, 6:23 p.m. ET

Key Points AI-assisted summary

- Seven candidates for Ocala city offices failed to qualify due to improper payment of qualifying fees.
- The candidates did not strictly adhere to Florida statutes requiring specific information on checks drawn from campaign accounts.
- A special election will be held on Sept. 16, the original election date, with a new qualifying period to be determined.

All of the seven candidates who submitted their names and documents for the upcoming city of Ocala election in September failed to qualify due to issues with their qualifying fee payments.

Here's what we know about the problem:

## What seats are up for grabs?

Of the seven candidates, three were for mayor, two were for the City Council District 3 seat, and one each for the District 1 and 5 seats.

## Who were the candidates?

Incumbent Mayor Ben Marciano, and challenging him were Zackary Feliciano and Neil J. Gillespie. In District 3, the candidates were Mark William Clark and

TamBoura Jenkins. Running unopposed were incumbents Barry Mansfield in District 1 and Jim Hilty in District 5.

## Incumbent Musleh to enter District 3 race

Jay Musleh, presently the District 3 council member, had originally decided not to seek re-election. However, now that there will be a special election, he has decided to run for the seat he has held since 2012.

Musleh told a Star-Banner reporter that he changed his mind about running for re-election for several reasons, including that he views the qualifying issues as a sign that he should enter the race. He also is worried that the two original candidates for the District 3 seat may now bow out of the race, leaving the seat vacant. His wife and others also have expressed their support over the decision.

**Local news:** Ocala and Marion County rescuers enter second week of Texas flood recovery efforts

## What's the latest on the process?

In a July 14 press release issued by city of Ocala officials, "Following a thorough review by the City Clerk and City Attorney, in consultation with the Marion County Supervisor of Elections, it was determined that none of the candidates strictly complied with the requirements of Florida law as it pertains to the payment of their qualifying fee."

According to the release, candidates are required "to pay the qualifying fee using a properly, executed check drawn from their campaign account." The check also must include the "campaign account name, account number and bank name, exact amount, treasurer's signature, purpose of the expenditure, and the payee's name."

Officials said "None of the seven candidates met all of these criteria."

The release also mentions that "Per the City Charter and Code of Ordinances, the

offices are again considered vacant and must be filled through a Special Election held as soon as reasonably practicable. The City intends to conduct the Special Election on the same date as originally scheduled: Tuesday, Sept. 16."

The dates, times, procedures and requirements for the qualifying period for the special election will be determined by the Ocala City Council during its regular meeting on July 15 at 4 p.m.

## Will this snafu cost the taxpayers any money?

No. The reason given is that the election date will remain the same, Sept. 16, and that early voting will still be held Sept. 11-13. The only place open for early voting is at the Supervisor of Elections Office located at 981 NE 16th St.

The estimated cost for the election is $47,185.43, according to officials at the elections office. To date, the city hasn't paid the funds and won't do so until after the qualifying period, officials said.

## How many eligible voters are in Ocala?

As of July 1, 33,260, according to the local elections website.

## Has anything like this happened before?

Elections Supervisor Wesley Wilcox said in his 13 years he has never seen an instance where no one qualified and the process had to start over.

He said money donated to the original campaigns cannot be used for the new campaigns. The candidates must return the funds or donate them to charity.

## About the mayor and City Council seats

The mayor serves a two-year term with a salary of $550 per month. Council members serve four-year terms and are paid $200 per month. All races are non-partisan. Council meetings are held the first and third Tuesday of every month at

4 p.m. Though the mayoral job is mostly ceremonial, the mayor has veto power and oversees the police department.

*Contact Austin L. Miller at austin.miller@starbanner.com*

EXHIBIT
4

**Please sign the Petition: Neil J. Gillespie for Mayor of Ocala**

To: Registered voters in the City of Ocala, Marion County, Florida.
RE: Special Election September 16, 2025, Neil J. Gillespie for Mayor (updated)



Neil J. Gillespie

Hello Ocala. I want to be your next Mayor. For the past 20 years I have resided in Ocala, Marion County, Florida. In January 2023 I moved to my current location in the City of Ocala on SW College Road, home of Justice Network.

The Ocala Gazette previously reported, "Historically, the mayor's duties have been largely ceremonial. The mayor has no vote on the Ocala City Council but does hold veto power. The pay is a nominal $550 a month. However, there is one aspect of the job that literally involves life and death. Because of the structure of Ocala government, the mayor, not the city council, has sole oversight of the Ocala Police Department." (Ocala Gazette, August 10, 2022)

This is one reason I want to be mayor. Through Justice Network I see firsthand problems with the Ocala Police Department, and the Marion County Sheriff's Office. I believe police officers and sheriff's deputies work hard to protect Ocala and Marion County. But oversight by the current mayor Ben Marciano shows a need for new leadership.

I need your help to qualify as a candidate for Mayor of the City of Ocala in the upcoming Special Election September 16, 2025. If elected I will improve oversight of the police. Under the special election rules I must obtain 25 petitions signed by eligible voters who live within the city limits of the City of Ocala, Florida, and provide them to the City Clerk, Angel B. Jacobs, by 12 Noon on Friday, July 18, 2025. Thank you for your support. (updated for special election)

Neil J. Gillespie

Neil J. Gillespie
2801 SW College Rd.
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4OcalaMayor@yahoo.com
https://www.facebook.com/people/Justice-Network/100063718713259/

Paid for and provided by Neil J. Gillespie for Mayor, City of Ocala, Florida
https://www.scribd.com/document/886875842/Please-Sign-the-Petition-Neil-J-Gillespie-for-Mayor-of-Ocala

# CANDIDATE PETITION

*Notes:* - *All information on this form becomes a public record upon receipt by the Supervisor of Elections.*
- *It is a crime to knowingly sign more than one petition for a candidate. [Section 104.185, Florida Statutes]*
- *If all requested information on this form is not completed, the form will not be valid as a Candidate Petition form.*

I, ______________________________ the undersigned, a registered voter
(print name as it appears on your voter information card)
in said state and county, petition to have the name of NEIL J. GILLESPIE
placed on the Primary/General Election Ballot as a: [*check/complete box, as applicable*]

☑ Nonpartisan ☐ No party affiliation ☐ ______________ Party candidate for the office of

MAYOR, CITY OF OCALA, FLORIDA
(insert title of office and include district, circuit, group, seat number, if applicable)

| **Date of Birth (MM/DD/YY) or Voter Registration Number** | **Address** |
|---|---|
| | |

| **City** | **County** | **State** | **Zip Code** |
|---|---|---|---|
| | | | |

| **Signature of Voter** | **Date Signed (MM/DD/YY)** [*to be completed by Voter*] |
|---|---|
| | |

EXHIBIT 5

Date 7/18/2025

Time 12:52 PM

WESLEY WILCOX
Supervisor of Elections

MARION COUNTY, FL

## Candidate Petition Signature List

**Petition Number** 997 25-OM-NG
Batch Number 1.00 2025 Ocala Mayor - Gillespie Neil

| Voter ID | Reason Desc. | Petition Full Name | Petition Address | Date Signed* | Date Checked |
|---|---|---|---|---|---|
| 129477551 | ACCEPTED | GLOSS, MIA K | 2839 NE 42ND RD, OCALA 34470 | 7/18/2025 | 7/18/25 11:31 am |
| 105608990 | Wr Dist. | SMITH, SHANA J | 1045 NW 67TH PL, OCALA 34475 | 7/18/2025 | 7/18/25 11:32 am |
| 132628581 | Wr Dist. | CROSBY, HEAVEN M | 14052 E HWY 316, FORT MC COY 32134 | 7/18/2025 | 7/18/25 11:33 am |
| 105773485 | Wr Dist. | KELLY, AMY D | 5380 NE 11TH AVE, OCALA 34479 | 7/18/2025 | 7/18/25 11:33 am |
| 118642826 | Wr Dist. | FONSECA, BIANCA R | 30 BANYAN RD, OCALA 34472 | 7/18/2025 | 7/18/25 11:34 am |
| 122746264 | Wr Dist. | POMALES, SHARAE M | 4793 NW 23RD LOOP, OCALA 34482 | 7/18/2025 | 7/18/25 11:34 am |
| U1 | Misfiled/Not Reg | CONNOR, JENNIFER | 918 NW 17th ST ocala 34475 FL | 7/18/2025 | 7/18/25 11:37 am |
| 132542682 | Wr Dist. | SERRANO, JADE | 10145 SW 74TH CT, OCALA 34476 | 7/18/2025 | 7/18/25 11:38 am |
| U2 | Misfiled/Not Reg | MORALES ARENAS, JOSNIL | 4891 SW 45th ocala 34474 FL | 7/18/2025 | 7/18/25 11:40 am |
| 120287672 | Wr Dist. | BURGOS-RAMOS, ILEAMARY | 8984 SW 49TH CIR, OCALA 34476 | 7/17/2025 | 7/18/25 11:41 am |
| 129275013 | Wr Dist. | LATORRE-TORRES, LILIANA I | 4902 SW 115TH STREET RD, OCALA 34476 | 7/17/2025 | 7/18/25 11:42 am |
| U3 | Misfiled/Not Reg | ROUGE, MARITLZ | 584 NW 59th CT ocala 34482 FL | 7/17/2025 | 7/18/25 11:44 am |
| 120493286 | ACCEPTED | KALUMBA, DUNSTAN | 3240 SW 34TH ST UNIT 706, OCALA 34474 | 7/17/2025 | 7/18/25 11:46 am |
| 127664958 | Wr Dist. | TRUMAN, KELLIE M | 5743 SW 89TH PL, OCALA 34476 | 7/17/2025 | 7/18/25 11:49 am |
| 123137332 | ACCEPTED | CLARKE, RONALD D | 518 NW 26TH ST UNIT A, OCALA 34475 | 7/17/2025 | 7/18/25 11:49 am |
| 105616430 | ACCEPTED | WILSON, DENISE W | 605 SE 32ND AVE, OCALA 34471 | 7/17/2025 | 7/18/25 11:51 am |
| 105575229 | ACCEPTED | YOUNG, GENEVA | 1806 NW 26TH AVE, OCALA 34475 | 7/17/2025 | 7/18/25 11:51 am |
| 129028000 | ACCEPTED | GRIFFIN, ROBERT L | 1710 NW 24TH CT, OCALA 34475 | 7/17/2025 | 7/18/25 11:52 am |
| 105784240 | ACCEPTED | CHERRY, REBECCA W | 2312 SE 19TH CIR, OCALA 34471 | 7/17/2025 | 7/18/25 11:52 am |
| 112406498 | Wr Dist. | REYNOSO, JORGE L | 6881 NW 60TH ST, OCALA 34482 | 7/17/2025 | 7/18/25 11:53 am |
| U4 | Misfiled/Not Reg | RINCON, JORGE | 5101 SW 60th street RD unit 401 ocala 34474 FL | 7/17/2025 | 7/18/25 11:54 am |
| U5 | Misfiled/Not Reg | KOPPPERMAN, CHAD | 2807 SW 32nd AVE ocala 34474 FL | 7/16/2025 | 7/18/25 11:55 am |
| 121887508 | ACCEPTED | CARRO, NATALIE A | 1601 SW 27TH AVE UNIT 1108, OCALA 34471 | 7/16/2025 | 7/18/25 11:55 am |
| 129476467 | Wr Dist. | PANGANIBAN, ADRIAN G | 5 HEMLOCK LOOP CT, OCALA 34472 | 7/16/2025 | 7/18/25 11:56 am |
| U6 | Misfiled/Not Reg | GONZALEZ, LEYDA | 2600 SW 10th ST ocala 34471 FL | 7/16/2025 | 7/18/25 11:58 am |
| 122243020 | Wr Dist. | CHAMBERS, JESSICA N | 2900 SW 162ND LN, OCALA 34473 | 7/16/2025 | 7/18/25 11:59 am |
| 105679134 | Wr Dist. | GALLOWAY, KANDYCE L | 15000 SW 35TH AVENUE RD, OCALA 34473 | 7/16/2025 | 7/18/25 11:59 am |
| 132674837 | Wr Dist. | LEDOUX, NICHOLE M | 3460 SW 80TH AVE, OCALA 34481 | 7/16/2025 | 7/18/25 12:00 pm |
| 119631108 | Wr Dist. | RICHARDSON, LESLIE | 550 FAIRWAYS DR UNIT A, OCALA 34472 | 7/18/2025 | 7/18/25 12:14 pm |
| U7 | Misfiled/Not Reg | MELLON, ANA | 2012 NE 48th Ocala 34470 FL | 7/16/2025 | 7/18/25 12:16 pm |
| U8 | Misfiled/Not Reg | UNKNOWN, UNKNOWN | 260 unlnown Ocala 34472 FL | 7/16/2025 | 7/18/25 12:22 pm |
| U9 | Misfiled/Not Reg | POWELL, AMBER | 2591 NE 46th AVE Ocala 34470 FL | 7/16/2025 | 7/18/25 12:24 pm |
| 119890239 | ACCEPTED | HERNANDEZ, KARINA Y | 1711 SW 29TH TER, OCALA 34474 | 7/16/2025 | 7/18/25 12:26 pm |
| 114663273 | ACCEPTED | GONZALES, SARAH R | 4225 SE 7TH PL, OCALA 34471 | 7/16/2025 | 7/18/25 12:28 pm |
| 126019838 | Wr Dist. | SCHWARTZ, ALEXANDER E | 956 SE 52ND CT, OCALA 34471 | 7/16/2025 | 7/18/25 12:30 pm |

* if available

Date 7/18/2025

Time 12:52 PM

WESLEY WILCOX

Supervisor of Elections

MARION COUNTY, FL

## Candidate Petition Signature List

**Petition Number** 997 25-OM-NG
Batch Number 1.00 2025 Ocala Mayor - Gillespie Neil

| Voter ID | Reason Desc. | Petition Full Name | Petition Address | Date Signed* | Date Checked |
|---|---|---|---|---|---|
| 130200783 | ACCEPTED | JONES, GABRIELLE A | 911 SE 41ST ST, OCALA 34480 | 7/16/2025 | 7/18/25 12:31 pm |
| 114090450 | Ineligible | GARCIA, JULIETA V | 2676 SW 152ND LN, OCALA 34473 | 7/16/2025 | 7/18/25 12:32 pm |
| 105766466 | Wr Dist. | GILLESPIE, NEIL J | 981 NE 16TH ST, OCALA 34470 | 7/16/2025 | 7/18/25 12:34 pm |
| 120987120 | ACCEPTED | JENKINS, TAMBOURA | 3131 SW 41ST AVE, OCALA 34474 | 7/15/2025 | 7/18/25 12:35 pm |
| 102066634 | Wr Dist. | BEAVERS, JUSTIN P | 5381 SW 34TH AVE, OCALA 34471 | 7/17/2025 | 7/18/25 12:37 pm |
| 124662946 | Bad Signature | BOWER, DAVID F | 17 SE 20TH CT UNIT 9, OCALA 34471 | 7/18/2025 | 7/18/25 12:45 pm |

| Reason Code | | |
|---|---|---|
| **A** | ACCEPTED | **12** |
| **E** | Ineligible | **1** |
| **I** | Wr Dist. | **18** |
| **S** | Bad Signature | **1** |
| **U** | Misfiled/Not Reg | **9** |
| **Grand Total:** | | **41** |

* if available