FILED - USDC - FLMD - OCA
AUG 5 2025 AM10:05



AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

NEIL JOSEPH GILLESPIE
*Plaintiff/Petitioner*
v.
WESLEY WILCOX, MARION COUNTY SUPERVISOR
*Defendant/Respondent*

Civil Action No. 5:25-CV-486-SPL-PRL

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 08/05/2025

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 2,624.00 | $ 0.00 | $ 2,624.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **2,624.00** | $ **0.00** | $ **2,624.00** | $ **0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Justice Network | 2801 SW College Rd. Ste 3, Ocala, FL | 2010 to present | $ 0.00 |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 1.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo Bank | checking | $ -10.00 | $ 0.00 |
| Wells Fargo Bank | checking, campaign | $ 1.00 | $ 0.00 |
| Regions Bank | checking, campaign | $ 5.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle #*1* *(Value)* | $ 1,500.00 |
| Make and year: 2013 Dodge | |
| Model: Grand Caravan | |
| Registration #: HYHG09 | |
| Motor vehicle #*2* *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0.00 | $ 0.00 |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☑ Yes ☐ No<br>Is property insurance included? ☐ Yes ☑ No | $ 798.75 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 323.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 20.00 | $ 0.00 |
| Food | $ 500.00 | $ 0.00 |
| Clothing | $ 37.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 50.00 | $ 0.00 |
| Medical and dental expenses | $ 120.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 250.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: liability $682.50 annual | $ 57.00 | $ 0.00 |
| Life: | $ 0.00 | $ 0.00 |
| Health: | $ 0.00 | $ 0.00 |
| Motor vehicle: Geico | $ 95.00 | $ 0.00 |
| Other: | $ | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ 0.00 |
| Installment payments | | |
| Motor vehicle: 2013 Dodge | $ 170.03 | $ 0.00 |
| Credit card *(name)*: | $ 0.00 | $ 0.00 |
| Department store *(name)*: | $ 0.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 190.00 | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ **2,620.78** | $ **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes ☑ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☐ Yes ☑ No

    If yes, how much? $ ____________

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I have $170,000 in dental work needed. Not currently driving, use Lyft, unless I can walk to nearby places.
    Business expenses include copy toner and ink, postage, paper, transcripts, computer repair this week, $335.

12. Identify the city and state of your legal residence.
    City of Ocala, Florida

    Your daytime phone number: (352) 239-9037

    Your age: 69 Your years of schooling: 12

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
Important Information

BNC#: 24B1999G66364

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

## Notice of Cost-of-Living Adjustment (COLA)

Hello NEIL J GILLESPIE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your ***my Social Security*** account.

| **How Much You Will Get In 2025 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2025 before deductions | $2,634.30 |
| **2025 Common Deductions:** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00 | -$10.30 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00 | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00 | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 after deductions<br>This monthly amount may include deductions not listed above. | $2,624.00 |

**Right to Appeal**
If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5

See Next Page

days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to *www.ssa.gov/non-medical/appeal* to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at *www.ssa.gov/forms* to locate the form. If you need help with the form, please call us.

**Medicare Information**
For questions about Medicare, visit *www.medicare.gov* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have it.
- If you have limited income and resources, you may be able to save money on your prescription drugs (Extra Help Program) or get help to pay for your Medicare premiums through a Medicare Savings Program (MSP). You can apply for Extra Help online and start your application process for the MSP at *www.ssa.gov/medicare/part-d-extra-help*. For help with MSP, you can visit *www.medicare.gov/medicare-savings-programs* or call your local Medicaid office.

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.

If you would like a paper copy of any of this information, please contact us.

## Need more help?

1. Visit *www.ssa.gov* for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-626-9911**.

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA FL 34470

**How are we doing?** Go to *www.ssa.gov/feedback* to tell us.

**Go paperless & get your COLA notice online** at *www.ssa.gov/myaccount*
Tell us how we are doing at *www.ssa.gov/feedback/COLA*

Social Security Administration

# FORM SSA-1099SM - SOCIAL SECURITY BENEFIT STATEMENT

| 2024 | • PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME<br>• SEE THE REVERSE FOR MORE INFORMATION |
|---|---|

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| NEIL J GILLESPIE | 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 |

| Box 3. Benefits Paid in 2024 | Box 4. Benefits Repaid to SSA in 2024 | Box 5. Net Benefits for 2024 (Box 3 minus Box 4) |
|---|---|---|
| $30,837.60 | NONE | $30,837.60 |

**DESCRIPTION OF AMOUNT IN BOX 3**

Paid by check or Direct deposit $30,720.00

Medicare part B premiums deducted from your benefits $117.60

Total Additions $30,837.60

Benefits for 2024 $30,837.60

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

Box 8. Claim Number (Use this number if you need to contact SSA.)

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A

**DO NOT RETURN THIS FORM TO SSA OR IRS**

# Notice of Cost-of-Living Adjustment (COLA)

Hello NEIL J GILLESPIE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your ***my Social Security*** account.

| **How Much You Will Get In 2025 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2025 before deductions | $2,634.30 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$10.30 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 after deductions<br>This monthly amount may include deductions not listed above. | **$2,624.00** |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to ***www.ssa.gov/cola*** or scan the QR code.

If you would like a paper copy of any of this information, please contact us.

**SOCIAL SECURITY ADMINISTRATION**
PO Box 67610
Wilkes-Barre, PA 18767-7610
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO.G-11

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

Securing today
and tomorrow