PACER Fees – Notice of Class Action Settlement

From: PACER Fees Class Action Administrator (donotreply@pacerfeesclassaction.com)

To: celticein@yahoo.com

Date: Thursday, July 6, 2023 at 11:45 PM EDT

Account ID: *10129745*
PIN: *936297*

**If you paid fees to access federal court records on PACER at any time between April 21, 2010 and May 31, 2018, a proposed class action settlement may affect your rights.**

Nonprofit groups filed this lawsuit against the United States, claiming that the government has unlawfully charged users of PACER (the Public Access to Court Electronic Records system) more than necessary to cover the cost of providing public access to federal court records. The lawsuit, *National Veterans Legal Services Program, et al. v. United States*, Case No. 1:16-cv-00745-PLF, is pending in the U.S. District Court for the District of Columbia. This notice is to inform you that the parties have decided to settle the case for $125,000,000. This amount is referred to as the common fund. The settlement has been preliminarily approved by the Court.

**Why am I receiving this notice?** You are receiving this notice because you may have first paid PACER fees between April 22, 2016 and May 31, 2018. This notice explains that the parties have entered into a proposed class action settlement that may affect you. You may have legal rights and options that you may exercise before the Court decides to grant final approval to the settlement.

**What is this lawsuit about?** The lawsuit alleges that federal courts have been charging unlawfully excessive PACER fees. It alleges that Congress has authorized the federal courts to charge PACER fees only to the extent necessary to cover the costs of providing public access to federal court records, and that the fees for use of PACER exceed its costs. The lawsuit further alleges that the excess PACER fees have been used to pay for projects unrelated to PACER. The government denies these claims and contends that the fees are lawful. The parties have agreed to settle.

**Who represents me?** The Court has appointed Gupta Wessler PLLC and Motley Rice LLC to represent the Class as Class Counsel. You do not have to pay Class Counsel or anyone else to participate. Class Counsel's fees and expenses will be deducted from the common fund. By participating in the Class, you agree to pay Class Counsel up to 30 percent of the total recovery in attorneys' fees and expenses with the total amount to be determined by the Court. You may hire your own attorney, if you wish, at your own expense.

**What are my options?**

**OPTION 1. Do nothing. Stay in the settlement.** By doing nothing, you remain part of this class action settlement. If you are an accountholder and directly paid your own PACER fees, you do not have to do anything further to receive money from the settlement. You will be legally bound by all orders and judgments of this Court, and will automatically receive a check for your share of the common fund assuming the Court grants final approval of the settlement. By doing nothing you give up any rights to sue the United States government separately about the same claims in this lawsuit. If someone directly paid PACER fees on your behalf, you should direct your payment to that individual or entity at www.pacerfeesclassaction.com no later than Tuesday, September 5th, 2023. If you accept payment of any settlement proceeds, you are verifying that you paid the PACER fees and are the proper recipient of the settlement funds.

**OPTION 2. Exclude yourself from the settlement.** Alternatively, you have the right to not be part of this settlement by excluding yourself or "opting out" of the settlement and Class. If you exclude yourself, you

cannot get any money from the settlement, but you will keep your right to separately sue the United States government over the legal issues in this case. If you do not wish to stay in the Class, you must request exclusion in one of the following ways:

1. Send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *National Veterans Legal Services Program, et al. v. United States,* Case No. 1:16-cv-00745-PLF. Be sure to include your name, address, telephone number, email address, and signature. You must mail your Exclusion Request, **postmarked by Sunday, August 20th, 2023** to: PACER Fees Class Action Administrator, P.O. Box 301134, Los Angeles, CA 90030-1134.
2. Complete and submit online the Exclusion Request form found here by Sunday, August 20th, 2023.
3. Send an "Exclusion Request" Form, available here, by mail. You must mail your Exclusion Request form, **postmarked by Sunday, August 20th, 2023** to: PACER Fees Class Action Administrator, P.O. Box 301134, Los Angeles, CA 90030-1134.

If you choose to exclude yourself from the lawsuit, you should decide soon whether to pursue your own case because your claims may be subject to a statute of limitations which sets a deadline for filing the lawsuit within a certain period of time.

**OPTION 3. Stay in the Class and object or go to a hearing.** If you paid PACER fees and do not opt out of the settlement, you may object to any aspect of the proposed settlement. Your written objection must be **sent by Tuesday, September 12th, 2023** and submitted as set out in the *Notice of Proposed Class Action Settlement* referred to below. You also may request in writing to appear at the Fairness Hearing on Thursday, October 12th, 2023.

**How do I get more information?** This is only a summary of the proposed settlement. For a more detailed *Notice of Proposed Class Action Settlement*, additional information on the lawsuit and proposed settlement, and a copy of the Settlement Agreement, visit www.pacerfeesclassaction.com, call 866-952-1928, or write to: PACER Fees Class Action Administrator, P.O. Box 301134, Los Angeles, CA 90030-1134.

*If celticein@yahoo.com should not be subscribed or if you need to change your subscription information for KCC/USO, please use this preferences page.*

MONTHLY REPORT

# Explanation of Benefits for Medical and Hospital Claims Processed in July 2024

For GILLESPIE NEIL
UL0034808
2801 SW COLLEGE RD STE 3
OCALA, FL 34474

ULTIMATE
HEALTH PLANS
Good health is where you live.

## This is not a bill:

- This monthly report of claims we have processed tells what care you have received, what the plan has paid, and how much you have paid out of pocket (or can expect to be billed).
- If you owe anything, your doctors and other health care providers will send you a bill.
- This report covers medical and hospital care only. We send a separate report on Part D prescription drugs.
- If you notice something suspicious that might be dishonest billing, you can report it by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. (TTY users should call 1-877-486-2048.)

**Ultimate Health Plans Member Services**

If you have questions, call us: 1-888-657-4170

We are open 8:00 AM to 8:00 PM, Monday through Friday.

Between October 1 and March 31, we are available Monday through Sunday from 8:00 am to 8:00 pm.

TTY/TDD only: 711

This information is available for free in other languages. Please contact Member Services at the number above. Member Services also has free language interpreter services available for non-English speakers.

www.ChooseUltimate.com

**Hearing**
No claims processed during this reporting period for this service type.

**Vision**
No claims processed during this reporting period for this service type.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MEDICAL TOTALS:** | $85.01 | $0.00 | $1.20 | $0.00 | $0.00 | $65.41 | $18.40 | |
| **DENTAL TOTALS:** | $173,280.00 | $0.00 | $0.00 | $173,280.00 | $0.00 | $0.00 | $0.00 | |
| **GRAND TOTAL:** | $60.01 | $0.00 | $1.20 | $173,280.00 | $0.00 | $65.41 | $16.05 | |

| Remark Code | Remark Code Description |
|---|---|
| CO-45 | CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR CONTRACTED/LEGISLATED FEE ARRANGEMENT. |
| PI-253 | SEQUESTRATION - REDUCTION IN FEDERAL PAYMENT |
| PR-2 | COINSURANCE AMOUNT |

# FORM SSA-1099SM - SOCIAL SECURITY BENEFIT STATEMENT

**2024**

- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME
- SEE THE REVERSE FOR MORE INFORMATION

| | |
|---|---|
| Box 1. Name<br>NEIL J GILLESPIE | Box 2. Beneficiary's Social Security Number<br>[redacted] |

| | | |
|---|---|---|
| Box 3. Benefits Paid in 2024<br>$30,837.60 | Box 4. Benefits Repaid to SSA in 2024<br>NONE | Box 5. Net Benefits for 2024 (Box 3 minus Box 4)<br>$30,837.60 |

**DESCRIPTION OF AMOUNT IN BOX 3**

Paid by check or Direct deposit $30,720.00

Medicare part B premiums deducted from your benefits $117.60

Total Additions $30,837.60

Benefits for 2024 $30,837.60

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

Box 8. Claim Number (Use this number if you need to contact SSA.)

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A

**DO NOT RETURN THIS FORM TO SSA OR IRS**

# Notice of Cost-of-Living Adjustment (COLA)

Hello NEIL J GILLESPIE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your ***my Social Security*** account.

| **How Much You Will Get In 2025 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2025 before deductions | $2,634.30 |
| **2025 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00. | -$10.30 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 after deductions<br>This monthly amount may include deductions not listed above. | **$2,624.00** |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to ***www.ssa.gov/cola*** or scan the QR code. →

If you would like a paper copy of any of this information, please contact us.

**SOCIAL SECURITY ADMINISTRATION**
PO Box 67610
Wilkes-Barre, PA 18767-7610
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO.G-11

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

Securing today
and tomorrow

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
Important Information

BNC#: 24B1999G66364

NEIL J GILLESPIE
2801 SW COLLEGE RD
SUITE 3
OCALA FL 34474-4430

## Notice of Cost-of-Living Adjustment (COLA)

Hello NEIL J GILLESPIE

Your Social Security benefit will increase by **2.5%** in January 2025 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records or access this information online by signing into your ***my Social Security*** account.

| **How Much You Will Get In 2025 (Before Deductions)** | **Monthly Amount** |
|---|---|
| Your monthly benefit in 2025 before deductions | $2,634.30 |
| **2025 Common Deductions:** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 21, 2024, or if someone else pays your premium, we show $0.00 | -$10.30 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2025. If you did not elect withholding as of November 1, 2024, we show $0.00 | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 21, 2024, we show $0.00 | -$0.00 |
| **How Much You Will Get In 2025 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2025 after deductions<br>This monthly amount may include deductions not listed above. | $2,624.00 |

**Right to Appeal**
If you disagree with any of these amounts, you must file an appeal with us in writing within 60 days from the date you get this letter. We will assume you got this letter 5

See Next Page

days after the date of the letter, unless you show us that you did not get it within the 5-day period. You must have good reason for waiting more than 60 days to file an appeal. You can go to ***www.ssa.gov/non-medical/appeal*** to complete and submit the "Request for Reconsideration" form, SSA-561-U2 online. You may also contact us by phone to request the form or go to our website at ***www.ssa.gov/forms*** to locate the form. If you need help with the form, please call us.

**Medicare Information**
For questions about Medicare, visit ***www.medicare.gov*** or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

- If you do not sign up for Medicare Part B (Medical Insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have it.
- If you have limited income and resources, you may be able to save money on your prescription drugs (Extra Help Program) or get help to pay for your Medicare premiums through a Medicare Savings Program (MSP). You can apply for Extra Help online and start your application process for the MSP at ***www.ssa.gov/medicare/part-d-extra-help***. For help with MSP, you can visit ***www.medicare.gov/medicare-savings-programs*** or call your local Medicaid office.

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to ***www.ssa.gov/cola*** or scan the QR code.

If you would like a paper copy of any of this information, please contact us.

## Need more help?

1. Visit ***www.ssa.gov*** for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-626-9911**.

SOCIAL SECURITY
933 E SILVER SPGS BLVD
OCALA FL 34470

**How are we doing?** Go to ***www.ssa.gov/feedback*** to tell us.

**Go paperless & get your COLA notice online** at ***www.ssa.gov/myaccount***
Tell us how we are doing at ***www.ssa.gov/feedback/COLA***

*Social Security Administration*