FILED - USDC - FLMD - OCA
AUG 7 2025 PM3:55

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,
Plaintiff,

vs. CASE No. 5:25-cv-00486-

WESLEY WILCOX, MARION COUNTY
SUPERVISOR OF ELECTIONS,
Defendant.
_______________________________________/

PLAINTIFF'S NOTICE OF NON-CONSENT (OBJECTION) TO U.S. MAGISTRATE JUDGE

Plaintiff Neil Joseph Gillespie ("Gillespie"), a nonlawyer appearing *pro se*, states:

1. I hereby give notice under FRCP 73 and 28 USC 636 that I do not consent to a trial or rulings by a U.S. Magistrate Judge. I request an Article III federal judge, a United States District Court Judge, preside over all matters in this case.

RESPECTFULLY SUBMITTED August 7, 2025.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)