FILED - USDC - FLMD - OCA
AUG 7 2025 PM3:55

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,
Plaintiff,

vs. CASE No. 5:25-cv-00486-SPC-PRL

WESLEY WILCOX, MARION COUNTY
SUPERVISOR OF ELECTIONS,
Defendant.
_______________________________________/

PLAINTIFF'S MOTION TO E-FILE

Plaintiff Neil Joseph Gillespie ("Gillespie"), a nonlawyer appearing *pro se*, states:

1. Plaintiff Gillespie, as a nonlawyer appearing pro se, is not permitted to E-file.

2. This Court's web portal states at https://apps.flmd.uscourts.gov/cmecf/filings.cfm

> Litigants without Lawyers
> Effective Friday, August 1, litigants without lawyers will not be permitted to submit filings through the court's web portal. Instead, litigants without lawyers must submit filings in person, by U.S. Mail, or by other delivery service. Note: Filings delivered to the Clerk's Office by U.S. Mail or other delivery service are date-stamped and filed on the date they are received by the Clerk's Office, not the date they are placed in the mail, postmarked, or given to another delivery service. Click here for locations and hours of operation.

3. Therefore, Gillespie moves to for permission to E-file, preferably via the court's web portal, or in the alternative, the Case Management/Electronic Case Filing (CM/ECF) system.

4. In support of this motion, Gillespie already has a PACER account in good standing. PACER is an acronym for Public Access to Court Electronic Records. Gillespie is age 69, and relies on Social Security retirement income to survive. Gillespie's income is low, as shown in his application to proceed in District Courts Without Prepaying Fees or Costs (long form).

5. The added cost of using U.S. Mail or other delivery service is prohibitive. Gillespie currently does not drive. The Court, post office, and mailing services, are not within walking

distance to where Gillespie works and lives. The cost of Lyft or other car service or taxi is prohibitive. There is no viable public transportation. E-filing provides extended hours to file, while hand-delivery is essentially only an option when the court is open.

Wherefore, Gillespie moves to E-file, preferably via the court's web portal, or in the alternative, the Case Management/Electronic Case Filing (CM/ECF) system.

RESPECTFULLY SUBMITTED August 7, 2025.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)