**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,
Plaintiff,

vs. CASE No. 5:25-cv-00486-SPC-PRL

WESLEY WILCOX, MARION COUNTY
SUPERVISOR OF ELECTIONS,
Defendant.
_____________________________________/

SUMMONS IN A CIVIL CASE

To: WESLEY WILCOX, MARION COUNTY SUPERVISOR OF ELECTIONS
Marion County Election Center, 981 NE 16th St, Ocala, FL 34470.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____________________________

____________________________________
Signature of Clerk or Deputy Clerk