AUG 12 2025 PM12:25
FILED - USDC - FLMD - OCA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,
Plaintiff,

vs. CASE No. 5:25-cv-00486-SPC-PRL

WESLEY WILCOX, MARION COUNTY SUPERVISOR OF ELECTIONS, et. al.
Defendant.
_______________________________________/

PLAINTIFF'S MOTION TO ARTICLE III FEDERAL JUDGE TO E-FILE

Plaintiff Neil Joseph Gillespie ("Gillespie"), a nonlawyer appearing *pro se*, states:

1. The Plaintiff gave notice under FRCP 73 and 28 USC 636 on August 7, 2025 of Non-Consent (Objection) to trial or rulings by a U.S. Magistrate Judge. (DOC 5).

2. The Plaintiff moved to E-File (DOC 6) on August 7, 2025.

3. Contrary to the Plaintiff's notice under FRCP 73 and 28 USC 636, U.S. Magistrate Judge Lammens ruled on the Plaintiff's Motion to E-File and denied the motion (DOC 9).

4. The Plaintiff moves for an Article III federal judge to reconsider or rule on his motion to E-File. In the alternative, the Plaintiff gives notice of appeal to the Order (DOC 9) by the U.S. Magistrate Judge that denied his motion to E-File.

RESPECTFULLY SUBMITTED August 12, 2025.

_______________________________
Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)