DECLARATION OF NEIL JOSEPH GILLESPIE

FOR DECLARATORY JUDGMENT - RULE 57 AND 28 USC 2201
To register to vote in the City of Ocala, where Plaintiff Gillespie works and lives:
2801 SW College Rd., STE 3, Ocala, Florida 34474 (City of Ocala)

1. My name is Neil Joseph Gillespie. I make this declaration within the United States pursuant to 28 U.S.C. § 1746(2) on personal knowledge unless otherwise stated.

2. My Declaration of Domicile August 6, 2025 appears at Exhibit A.

3. Evidence of my homelessness appears at Exhibit B: Writ of Possession served on me May 19, 2022 at 8092 SW 115th Loop, Ocala, FL 34481, with eviction photos.

4. Email June 9, 2022 from Cynthia Paddock, Joint Office on Homelessness, City of Ocala, to Neil J. Gillespie at celticein@yahoo.com appears at Exhibit C. Ms. Paddock wrote in relevant part, "The only immediate housing if needed would be to go to a shelter and there is currently shelter available for men at the Salvation Army Center of Hope, located at 320 NW 1 st Ave., Ocala, and their number is (352)732-8326."

5. On July 21, 2022 I submitted, as Neil Joseph Gillespie d/b/a Justice Network, an application with a $35 fee to rent a Neighborhood Workspace unit located at 1535 NE 8th Avenue, Ocala, FL. Page 1 of the application, and page 1 of the screening, appear at Exhibit D. On July 29, 2022 Todd Rudnianyn called me and said in essence, 'Getting a lot of interest in the property, so we can't rent to you, will refund your application fee." Todd Rudnianyn manages NSC 8TH AVE, LLC shown on the property card for the Neighborhood Workspace address.

6. On August 2, 2022, Stacy Collier, Executive Director of Saving Mercy Incorporated, affiliated with Blessed Trinity Catholic Church, a referral from United Way of Marion County, refused to lease me a room at Saving Mercy Village, 3601 W. Silver Springs Blvd., Ocala, FL.

7. Marion Senior Services, 1101 SW 20 Ct. Ocala, FL 34471, refused to provide me services while homeless, and trespassed me from the property in 2022. Marion County Sheriff Billy Woods was vice president of Marion Senior Services, Inc. Attorney Samantha Shealy Rauba, FL Bar #59503, served on the Board of Directors of Marion Senior Services, Inc.. Mrs. Shealy Rauba is married to Erik John Rauba, FL Bar # 59429. Mr. Rauba is employed by the State Attorney for the Fifth Judicial Circuit, 110 NW 1st Ave. Ste 5000, Ocala, FL 34475. Also see Neil J. Gillespie v. Florida, US. Supreme Court Petition No. 20-929 for writ of certiorari.

8. My 2025-2026 Florida Vehicle Registration appears at Exhibit E: Tag # HYHG09, 2013 Dodge Grand Caravan, Neil Joseph Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474.

9. My Florida drivers license #G421-630-56-099-0, replaced April 7, 2023, shows Neil Joseph Gillespie, 2801 SW COLLEGE RD STE 3 OCALA, FL 34474.

RECEIVED
Date: 8/12/2025
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

10. A 2024 Jury duty notice appears at Exhibit F, from the Marion County Clerk, addressed and mailed to Neil Joseph Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474-4430.

11. The Social Security Administration provided a 2025 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit G).

12. The Social Security Administration provided a July 10, 2023 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit H).

13. The Social Security Administration provided a December 21, 2023 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit I).

14. The Social Security Administration provided a May 15, 2024 benefit letter addressed to Neil J. Gillespie, 2801 SW College Rd., Suite 3, Ocala, FL 34474-4430. (Exhibit J).

15. A Wells Fargo Everyday Checking statement May 31, 2024 (page 1, redacted) addressed to Neil J. Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474-4430 appears at Exhibit K.

16. A Wells Fargo Everyday Checking statement July 31, 2025 (page 1) addressed to Neil J. Gillespie, 2801 SW College Rd., STE 3, Ocala, FL 34474-4430 appears at Exhibit L.

17. A July 2024 benefit report from Ultimate Health Plans addressed to Neil Gillespie, 2801 SW College Rd, STE 3, Ocala, FL 34474, appears at Exhibit M, and shows on page 9 of 13 Gillespie requires dental treatment in the amount of $173,280. (page 1, 9 and envelope)

18. A July 10, 2025 plan information letter from Freedom Health to Neil J. Gillespie, 2801 SW College Road, STE 3, Ocala, FL 34474 appears at Exhibit N. (page 1 redacted, envelope)

19. A letter from Wesley Wilcox, Marion County Supervisor of Elections to Neil J. Gillespie, 2801 SW College Rd, Unit 3, Ocala, FL 34474, rejecting Gillespie's application to vote, dated "August 2025" by Wilcox, Received August 7, 2025 by Gillespie, with envelope. (Exhibit O)

20. A letter from Wesley Wilcox, Marion County Supervisor of Elections to Neil J. Gillespie, 2801 SW College Rd, Unit 3, Ocala, FL 34474, rejecting Gillespie's application to vote, dated "August 2025" by Wilcox, Received August 8, 2025 by Gillespie, with envelope. (Exhibit P)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2025, in the City of Ocala, Marion County, Florida.

Neil J. Gillespie

Neil Joseph Gillespie
2801 SW College Rd., STE 3
City of Ocala, Marion County, Florida 34474