FILED - USDC - FLMD - OCA
DEC 11 2025 PM4:00

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,

Plaintiff,

vs. CASE No. 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Defendants.
_______________________________________/

PLAINTIFF'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Neil Joseph Gillespie ("Gillespie"), a nonlawyer appearing pro se, gives notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i), and states:

1. On August 8, 2025, Gillespie filed a complaint (DOC 1), cause of action 42:1973 Voting Rights Act, Nature of Suit, 441 Civil Rights, Voting. The docket shows the case was assigned to Judge Sheri Polster Chappell, and referred to Magistrate Judge Philip R. Lammens.

2. The docket shows the following subsequent entries, including:

DOC 2: Motion to Proceed In Forma Pauperis, August 5, 2025
DOC 3: Amended Motion to Proceed In Forma Pauperis, August 6, 2025
DOC 4: Amended Civil Cover Sheet, August 6, 2025, removed William E. Sexton, Bar Number 37197, as counsel for Defendant Wesley Wilcox, Marion County SOL
DOC 5: Plaintiff's Notice of Non-Consent (Objection) to U.S. Magistrate Judge, Rule 73 and 28 USC 636, requested an Article III federal judge, a United States District Court Judge, preside over all matters in this case, August 7, 2025
DOC 6: Plaintiff's Motion to E-File, via the Court's web portal, or the Court's Case Management/Electronic Case Filing (CM/ECF) system
DOC 7: Plaintiff's Summons for Wesley Wilcox, SOL, August 7, 2025
DOC 8: Standing Order for Pro Se Litigants, August 11, 2025, by Magistrate Lammens
DOC 9: Order, August 11, 2025, by Magistrate Lammens denied Plaintiff's Motion to E-File (DOC 6) via the Court's web portal, or the Case Management/Electronic Case Filing (CM/ECF) system
DOC 10: August 12, 2025, Gillespie amended his complaint under Rule 15
DOC 11: August 12, 2025, Gillespie moved for an Article III federal judge to reconsider or rule on his motion to E-File. In the alternative, Gillespie gave notice of appeal to the Order (DOC 9) by the U.S. Magistrate Judge denying is motion to E-File.
DOC 12: August 12, 2025, Gillespie filed a Declaration in support of his amended complaint for a DECLARATORY JUDGMENT - RULE 57 AND 28 USC 2201 To register to vote in the City of Ocala, where Plaintiff Gillespie works and lives:2801 SW College Rd., STE 3, Ocala, Florida 34474 (City of Ocala)

3. On August 13, 2025, U.S. Judge Sheri Chappell entered an Order and Opinion (DOC 11) denying Gillespie's motion for an Article III judge and permission to E-File.

4. On September 16, 2025, Gillespie filed a compliant with the U.S. Department of Justice alleging Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights, submission number **665324-SWD**. The complaint appears at Exhibit 1, and states:

Gregory W. Kehoe
United States Attorney
Middle District of Florida
U.S. Attorney's Office
400 North Tampa Street

Suite 3200
Tampa, FL 33602
Office: 813-274-6000
Email: gregory.kehoe@usdoj.gov

RE: Civil Rights Complaint against Sheri Polster Chappell, United States District Judge
*Neil J. Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections, et al*,
U.S. District Court, Middle District Florida, Ocala Division, Case 5:25-cv-486-SPC-PRL

Dear U.S. Attorney Kehoe:

District Judge Sheri Polster Chappell has violated my civil rights by failing to rule on my amended complaint (DOC 10) filed August 12, 2025 for my right to vote in the City of Ocala, Florida, and to appear on the ballot as a candidate for Mayor. The election is today.

My amended complaint further alleges the Special Election in the City of Ocala being held today September 16, 2025 violates Florida Election Law thereby affecting every voter in the City of Ocala. My amended complaint (DOC 10) is attached. The complaint alleges violation of USC Title 52, Voting and Elections, FRCP 57 Declaratory Judgment, 28 U.S.C. § 2201 Creation of remedy, FRCP 65 Injunctions and Restraining Orders, FRCP 5.1 Constitutional Challenge. The court has supplemental jurisdiction for Florida Election Law under 28 U.S.C. § 1367.

Judge Chappell has not ruled on my amended application to proceed in district court without prepaying fees or costs. (DOC 3). The court has refused to issue summons. (DOC 7). The court has ignored my notice under FRCP 73 and 28 USC 636 that I do not consent to a trial or rulings by a U.S. Magistrate Judge. (DOC 5). U.S. Magistrate Judge Philip R. Lammens denied (DOC 9) my motion (DOC 6) to e-file on the Court's CM/ECF system. Judge Chappell wrongly denied my objection to rulings by a U.S. Magistrate Judge, and wrongly prohibited me from filing on the Court's CM/ECF system. (DOC 13).

Judge Chappell and Magistrate Lammens violated 18 U.S.C. § 241, Conspiracy against rights:

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;..."

https://www.law.cornell.edu/uscode/text/18/241

Judge Chappell has also engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts. (28 U.S.C. § 351).

Judge Chappell was appointed by President Obama. I have made legal filings showing Donald J. Trump, a nonlawyer, was the only major constitutionally qualified candidate in the 2016, 2020, and 2024 presidential elections, because lawyers admitted to practice law are officers of the court and members of the judicial branch of government (Ex parte Garland, 71 U.S. 333 (1866), and cannot under the separation of powers doctrine serve in an elected executive branch office such as president, or vice president, an elected legislative branch office, President of the Senate. See, https://neil2024.blogspot.com/2025/02/donald-j-trump-president-of-united.html

"Lawyers have turned our political system into a never-ending legal contest of lawsuits and court battles, investigations, subpoenas, depositions, and impeachment threats and trials. This is the Democratic Party. Bill Clinton, lawyer. Hillary Clinton, lawyer. Barack Obama, lawyer. Michelle Obama, lawyer. Joe Biden, Lawyer. Kamala Harris, lawyer. A Republican lawyer corrupting our political system is Ron DeSantis, a member of The Florida Bar."

Apparently President Obama facilitated the Russiagate hoax against President Trump.

"Director of National Intelligence Tulsi Gabbard contends that new declassified documents show that former President Barack Obama engaged in the plot to create the lie that President Donald Trump had conspired with Russia to steal the 2016 presidential election." - Real Clear Politics, by David Harsanyi, July 25, 2025 (copy attached)

Finally, The Federal Election Commission has not provided records in response to my Freedom of Information Act (FOIA) request of May 9, 2025. U.S. Congresswoman Kat Cammack has not been able to assist me either, see the attached documents. Sarah Thompson, an associate of mine who died May 12, 2021 in Ocala, Florida, was named in my emails to the Commission. I will provide evidence showing the death of Sarah Thompson was a politically motivated homicide.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4OcalaMayor@yahoo.com
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Enclosures
Service list

5. Judge Chappell and Magistrate Lammens have a conflict of interest in this case until Gillespie's complaint is resolved that alleges Judge Chappell and Magistrate Lammens violated

18 U.S.C. § 241, Conspiracy against rights. Because Gillespie's amended complaint further alleges the Special Election in the City of Ocala held September 16, 2025 violates Florida Election Law, this case affects every voter in the City of Ocala.

6. On November 12, 2025, Magistrate Lammens entered a 15 page Order (DOC 14) concluding as follows:

> (1) Plaintiff's Amended Motion to Proceed in Forma Pauperis (Doc. 3) is TAKEN UNDER ADVISEMENT. Plaintiff shall file a second amended complaint on or before December 12, 2025. The second amended complaint must comply with all pleading requirements contained in Rules 8, 9, 10, and 11 of the Federal Rules of Civil Procedure and those contained in the Local Rules of the Middle District of Florida. Failure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute.
>
> (2) Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is DENIED as moot, in light of the filing of the Amended Motion to Proceed in Forma Pauperis (Doc. 3).

7. Magistrate Lammens' Order (DOC 14) was entered on November 12, 2025, which is 96 days after the Complaint (DOC 1) was filed on August 8, 2025, and 92 days after the Amended Complaint (DOC 10) was filed on August 12, 2025.

8. Magistrate Lammens' Order (DOC 14) was entered 57 days after the Special Election held September 16, 2025 in the City of Ocala, Florida.

9. Therefore, the facts pled in paragraph 7 and paragraph 8 show a *prima facia* case that Judge Chappell and Magistrate Lammens engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts, in violation of 28 U.S.C. § 351. This violation alone should result in their removal from office.

10. Previously Magistrate Lammens was rejected January 3, 2017 by the U.S. Senate on his nomination April 28, 2016 to be U.S. District Judge for the Northern District of Florida, to fill a vacancy of U.S. Judge John Richard Smoak. On May 29, 2015, all of Judge Smoak's cases were reassigned to other judges by an administrative order issued by Chief Judge M. Casey Rodgers.

The record in this case shows the U.S. Senate was justified in rejecting Lammens' nomination.

11. On October 15, 2025, Gillespie filed in Marion County, Florida state court (Exhibit 2)

> NEIL JOSEPH GILLESPIE v. STATE OF FLORIDA
> Florida Fifth Judicial Circuit, Marion County
> DEFENDANT'S NOTICE OF PROSECUTORIAL MISCONDUCT CASE 2020-CF-2417
> Filing # 233696032 E-Filed 10/15/2025 01:27:16 PM

12. Gillespie's Notice of Prosecutorial Misconduct alleges, paragraphs 1 through 7:

> 1. On April 28, 2022, the State of Florida, by and through Assistant State Attorney Mark D. Simpson, Fla. Bar No. 0889636, acting on behalf of WILLIAM M. GLADSON, State Attorney for the Fifth Judicial Circuit of the State of Florida, in and for Marion County, entered its announcement of *nolle prosequi* against the Defendant, NEIL JOSEPH GILLESPIE, in Case No. 2020-CF-2417 based on the following grounds: Victim is deceased
>
> 2. The alleged victim in case no. 2020-CF-2417, Sarah M. Thompson, was age 35 when she died of a drug overdose May 12, 2021 in Stay & Save Motel Room 118 rented by Matthew Paul Smith, arrested August 14, 2020 for trafficking in 10.66 grams of fentanyl, in violation of Fla. Stat. 893.135.1C4A, in Marion County, Florida criminal case no. 2020-CF-3414. Smith was facing a mandatory minimum 3 years in prison, and a $50,000 fine, but instead was released February 17, 2021 by Judge Anthony Tatti with 188 days time served and probation.
>
> 3. On April 24, 2025 Gillespie made a Freedom of Information Act (FOIA) request to the Federal Election Commission, as Candidate ID: P60022993 for FEC records: (Appendix A)
>
> Pursuant to FOIA, provide all records related to my complaint of election fraud in the 2020 presidential election. Provide all records of my emails to the Commission in 2020 and 2021. Provide records for Sarah Thompson, an associate of mine who died May 12, 2021 in Ocala, Florida. Ms. Thompson was mentioned in my emails to the Commission.




Sarah with brother Andrew Coutu




Sarah Thompson's address of record on June 7, 2020:
14445 SW 34th Terrace Road, Ocala, FL 34474-2332

**INTRODUCTION**

4. Criminal negligence by State Attorney Bill Gladson allowed Sarah Thompson to die May 12, 2021, in the motel room of convicted drug trafficker Matthew Smith for the benefit of Gladson himself, former State Attorney Brad King, and other state actors[1], including,

Marion County Judges Anthony Tatti, Judge Gary Sanders, and Judge Ann Craggs
The Ocala Police Department (OPD), including Reserve Officer Brad King
Sheriff Billy Woods, Marion County Sheriff's Office, MCSO lawyer Tim McCourt, and the MCSO deputies involved in the home invasion of Gillespie's residence June 7, 2020
Florida Governor Ron DeSantis
Florida Attorney General Ashley Moody
Florida Supreme Court Clerk John Tomasino,
15th Circuit State Attorney David Aronberg
Joe Scarborough of MSNBC "Morning Joe", Charles Joseph Scarborough, FL Bar # 881211
Pennsylvania Officials, Josh Shapiro as Attorney General (2017-2023)
Bucks County Magistrate Judge Michael W. Petrucci (a nonlawyer)
Bucks County Common Pleas Judge Clyde W. Waite
Bucks County District Attorney Matthew Weintraub

and every attorney licensed to practice law who sought or held elected office, Democrat or Republican, of any party affiliation, or of No Party Affiliation (NPA), outside the judicial branch of government, including President Joe Biden and Vice President Kamala Harris, as well as The Florida Bar, U.S. Supreme Court Chief Justice John Roberts and The Supreme Court of the United States. [fn1, as of May 12, 2021]. Judges of the United States District Court, Middle District of Florida, and the U.S. Eleventh Circuit Court of Appeals, joined the fray after May 12, 2021, and are accessories after the fact, including:

U.S. District Judge Sheri Polster Chappell, USDC, MDFL, 5:25-cv-486
U.S. Magistrate Judge Philip R. Lammens, USDC, MDFL, Ocala Division
U.S. District Judge Paul G. Byron, USDC, MDFL, Case No. 5:21-cv-416
U.S. District Judge Wendy W. Berger, USDC, MDFL, Case No. 5:21-cv-463
U.S. District Judge Wendy W. Berger, USDC, MDFL, Case No. 5:22-cv-13
U.S. District Judge Roy B. Dalton, Jr., USDC, MDFL, 5:22-cv-37
U.S. Circuit Judge Robin S. Rosenbaum, CA11, Appeal No. 21-13333
U.S. Circuit Judge Britt C. Grant, CA11, Appeal No. 21-13333
U.S. Eleventh Circuit Clerk of Court David J. Smith, Appeal No. 21-13686

5. On September 2, 2025 Gillespie publicly identified additional state actors, see APPENDIX S, GILLESPIE v. BARKER, RODEMS & COOK, and Gillespie's email September 3, 2025 to Marissa Duquette, General Counsel, MCSO (Appendix S-1) that states in part:

Dear Ms. Duquette,

Good evening. Forwarded below is my Service of Court Documents in a 20 year-old lawsuit against my former lawyers that I voluntarily dismissed on Sep-02-2025. While you are free to reach your own conclusion, it appears a lawyer named Ryan Christopher Rodems of Morgan & Morgan had a hand in my arrest and prosecution, two times in Marion County, for lawfully recording phone calls, along with Ashley Moody and possibly certain members of the Moody family. Clearly Florida Attorney General Pam Bondi (now Attorney General of the United States) had no issue with my well-known practice of lawfully recording phone calls, which has been publicly disclosed for years online, https://www.nosue.org/telephone-recording/

**Death of Sarah M. Thompson May 12, 2021 (Appendix B)**

6. Brad King knew Gillespie's arrest was wrong in case 2020-CF-2417, as a matter of law, from the facts of the case, Sarah's jailhouse postcards mailed to Gillespie, and from Zachary Phipps (Bar ID #65936), Gillespie's appointed counsel who condemned the arrest. Brad King also knew Gillespie alleged criminal misconduct by Judge Craggs in his home foreclosure. Judge Craggs signed Gillespie's bench warrant in 2020-CF-2417, and presided over Gillespie's first appearance in jail, where Judge Craggs approved her own bench warrant. Rather than loose Gillespie's case at trial, the SAO concocted a plan to end Sarah Thompson's life, the alleged victim, to save face and leave a cloud over Gillespie. Brad King engaged in a conspiracy with his executive director Bill Gladson to rig the 2020 election for State Attorney in favor of Bill Gladson to be elected automatically. (Appendix E). After Gladson took office as State Attorney, Brad King joined the Ocala Police Department. Bill Gladson made Matt Smith a deal: Judge Anthony Tatti released Smith on February 17, 2021, with 188 days time served and probation. Smith faced a mandatory minimum 3 years in prison and a $50,000 fine under Fla. Stat. 893.135 for trafficking in 10.66 gams of fentanyl. (Appendix C). Sarah died May 12, 2021 in Smith's motel room. Bill Gladson made sure Gillespie and Sarah's sister Johanna were each in jail and unable to help Sarah on May 12, 2021. Brad King worked for the Ocala Police Department on May 12, 2021 when Sarah died in Smith's Room 118 at the Stay & Save Extended Stay Motel, and the Ocala Police Department investigated Sarah's death and issued Incident Report #202100066603. (Appendix B). Tellingly OPD never obtained surveillance video from COX.

7. Florida Governor Ron DeSantis rewarded the accomplices to Sarah's death with promotions, in contrast to his removal from office in 2022 of Andrew Warren, Hillsborough County State Attorney over abortion, and his removal from office in 2023 of Ninth Judicial District State Attorney Monique Worrell in Orlando for "neglect of duty and incompetence." Gillespie contends Bill Gladson is guilty of "neglect of duty and incompetence", and of Negligent Homicide at the very least, if not Political Assassination by First Degree Murder.

- On September 12, 2023, Governor Ron DeSantis rewarded Brad King for his role in Sarah's death with appointment to the bench as Marion County Circuit Court Judge.
- On December 20, 2023, Governor Ron DeSantis rewarded Tim McCourt for his role in Sarah's death with an appointment to the bench as a Marion County Circuit Court

Judge. The Ocala Star-Banner reported McCourt's judicial appointment in a story published December 21, 2023 that includes remarks by Bill Gladson:

> State Attorney Bill Gladson said he's "excited for McCourt," and believes McCourt is "well qualified for the position."
>
> "He will be an asset to the bench," Gladson said.
>
> Gladson and McCourt worked side by side for a number of years as colleagues at the SAO. Leaving the SAO, the working relationship continued when McCourt took over as general counsel at the sheriff's office.
>
> As general counsel, Gladson said, McCourt said is "very helpful to us."
>
> https://www.ocala.com/story/news/courts/2023/12/21/tim-mccourt-appointed-circuit-judge-was-marion-sheriffs-general-counsel/71997750007/

- On December 27, 2024, Governor Ron DeSantis rewarded Bill Gladson for his role in Sarah's death with an appointment to the Fifth Judicial Circuit JNC.
- On January 16, 2025, Governor Ron DeSantis rewarded Attorney General Ashley Moody for her role in Sarah's death with an appointment to the United States Senate.

13. Gillespie does not belief he can get a fair hearing on any matter in this Court of the U.S. District Court for the Middle District of Florida, because Judges of the United States District Court, Middle District of Florida, and the U.S. Eleventh Circuit Court of Appeals, joined the fray after May 12, 2021, and are accessories after the fact in Sarah's death, including:

U.S. District Judge Sheri Polster Chappell, USDC, MDFL, 5:25-cv-486
U.S. Magistrate Judge Philip R. Lammens, USDC, MDFL, Ocala Division
U.S. District Judge Paul G. Byron, USDC, MDFL, Case No. 5:21-cv-416
U.S. District Judge Wendy W. Berger, USDC, MDFL, Case No. 5:21-cv-463
U.S. District Judge Wendy W. Berger, USDC, MDFL, Case No. 5:22-cv-13
U.S. District Judge Roy B. Dalton, Jr., USDC, MDFL, 5:22-cv-37
U.S. Circuit Judge Robin S. Rosenbaum, CA11, Appeal No. 21-13333
U.S. Circuit Judge Britt C. Grant, CA11, Appeal No. 21-13333
U.S. Eleventh Circuit Clerk of Court David J. Smith, Appeal No. 21-13686

14. Separately and in addition, a report February 20, 2025 by the Federal Judicial Center impeaches the Orders (DOC 9) and (DOC 13) of this Court essentially banning electronic filing by pro se litigants, and a similar practice in the U.S. District Courts located in Florida.

15. Tim Reagan of the Federal Judicial Center wrote February 20, 2025: (Exhibit 3a)

This report compiles local rules and procedures in the ninety-four district courts on electronic filing by self-represented litigants. More than two thirds of the courts permit self-represented litigants to use the court's electronic filing system at least on a case-by-case basis. Twenty-nine courts (31%) generally prohibit electronic filing by self-represented litigants. The Northern District of Texas generally requires it. Ten other courts (11%) generally permit it. The remaining fifty-four courts (57%) permit self-represented litigants to request permission to use the electronic filing system. (Exhibit 3b)

A 2022 report included a survey of rules and procedures and interviews with court staff in a selection of appellate, district, and bankruptcy courts: Federal Courts' Electronic Filing by Pro Se Litigants. (Exhibit 3c)

16. The report shows the practice in the U.S. District Courts located in Florida in part:

- Middle District of Florida

  United States District Court: Middle District of Florida: Administrative Procedures for Electronic Filing
  "'E-filer' means an eligible and properly registered lawyer or pro se litigant authorized by court order to file in CM/ECF." § A.3.
  Absent a court order, a pro se litigant is not permitted to file documents in CM/ECF. If the presiding judge authorizes a pro se litigant to use CM/ECF, the pro se litigant must register in the same manner as a lawyer. Pro se litigant access is restricted to the case in which the pro se litigant has received approval from the presiding judge. § B.4.

- Northern District of Florida

  Northern District of Florida Administrative Order in re Electronic Case Filing (November 28, 2003)
  "Pro se litigants who are not attorneys must file all documents with the court in paper form." § 14.

- Southern District of Florida

  Case Management: Electronic Case Filing: CM/ECF NextGen Administrative Procedures: Southern District of Florida
  A "user" is "anyone (including attorneys, the Court, and the Clerk of the Court) who is authorized to use the CM/ECF system in the Southern District of Florida." § 1A. "Pro se litigants will not be permitted to register as Users at this time and must file their documents in the conventional manner." § 2C

17. This Courts prohibition on pro se electronic filing is a denial of access to the courts, in violation of 28 U.S.C. § 1654 (all parties in federal court have the right to represent themselves), and 28 U.S.C. 452. (Courts always open).

18. Gillespie plans to pursue his claims in another court of competent jurisdiction.

RESPECTFULLY SUBMITTED December 11, 2025.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4OcalaMayor@yahoo.com
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Copies provided to the parties/counsel by the District Court by CM/ECF