**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,

Plaintiff,

vs. CASE No. 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Defendants.
_______________________________________/

NOTICE OF APPEAL

The Plaintiff, Neil Joseph Gillespie, a nonlawyer appearing pro se, gives Notice of Appeal to the U.S. Eleventh Circuit Court of Appeals, of this Court's Endorsed Order closing the

case (Doc 16, entered January 13, 2026), and this Court's NOTICE of Local Rule 1.11(e) to seal the case (Doc 17, entered January 13, 2026).

Accompanying this Notice of Appeal is the Plaintiff's Motion for Permission to Appeal In Forma Pauperis and Affidavit.

Respectfully Submitted February 12, 2026.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)

Request the Clerk serve this Notice of Appeal to the Defendants on the Courts CM/ECF system.