FILED - USDC - FLMD - OCA
FEB 12 2026 PM2:59

# Motion for Permission to

# Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

Neil Joseph Gillespie

v.

Wesley Wilcox, Marion County Supervisor of Elections et al

Court of Appeals No. ______________
District Court No. 5:25-cv-486

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. You must include a Certificate of Interested Persons and Corporate Disclosure Statement (attached).

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: February 12, 2026 Signed: [signature]

*1. My issues on appeal are:* 42:1973 Voting Rights Act; 441 Civil Rights: Voting

Neil Joseph Gillespie, a natural born citizen of the United States in the City of Philadelphia, Pennsylvania in 1956

Right to vote in the City of Ocala, Florida, where I work and live

Right to run for public office: Mayor of the City of Ocala, Florida

Right to petition the Government for a Rule 57 Declaratory Judgment

Right under 28 U.S.C. § 2201 for the Creation of Remedy

Right under Rule 65 for Injunctions and Restraining Orders

Right under Rule 5.1 to make a Constitutional Challenge to a statute

Right under Rule 73 and 28 USC 636 to give non-consent to rulings by U.S. magistrate judge

Right to Due Process under the U.S. Fifth and Fourteenth Amendments

Right of a self-represented litigant to obtain a summons from the clerk.

Right to prompt adjudication of a self-represented litigant's motion to proceed in forma pauperis.

See attached sheet for additional issues on appeal.

2. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| **Income Source** | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property (such as rental income) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interests and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ 2,708.00 | $ 0.00 | $ 2,708.00 | $ 0.00 |
| Disability (such as Social Security, insurance payments) | $ 105.00 | $ 0.00 | $ 105.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance (such as welfare) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other (specify): Nations Benefits | $ 100.00 | $ 0.00 | $ 100.00 | $ 0.00 |
| **Total monthly income:** | $ 2,913.00 | $ 0.00 | $ 2913.00 | $ 0.00 |

3. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of Employment** | **Gross Monthly Pay** |
|---|---|---|---|
| d/b/a Justice Network | 2801 SW College Rd. STE 3, Ocala, FL 34474 | January 25, 2018 to present. | $0.00 |
| | | | |
| | | | |

4. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| | | | |
|---|---|---|---|
| Not married, no spouse | | | |
| | | | |

5. *How much cash do you and your spouse have?* $2.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wells Fargo Bank | 2 checking accounts | $ 0.57 | $ 0.00 |
| Regions Bank | 2 checking accounts | $ 1.34 | $ 0.00 |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

6. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| none (homeless) | none | Make & Year: 2013 Dodge |
| | | Model: Grand Caravan SE |
| | | Registration #: HYH-G09 |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| office equipment $1500.00 | none/$0.00 | Make & Year none/$0.00 |
| | | Model: |
| | | Registration #: |

7. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| U.S. Courts, PACER class-action | $976.56 | $0.00 |
| Case No. 1:16-CV-00745-PLF | | |
| U.S. District Court, District of Columbia | | |

*8. State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| none | | |
| | | |
| | | |

*9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $ 798.75 rent | $ 0.00 |
| Are real-estate taxes included? ■ Yes ☐ No | $ 0.00 | $ 0.00 |
| Is property insurance included? ☐ Yes ■ No | $ 58.28 | $ 0.00 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 267.06 | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 20.00 | $ 0.00 |
| Food | $ 800.00 | $ 0.00 |
| Clothing | $ 45.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 50.00 | $ 0.00 |
| Medical and dental expenses | $ 120.00 | $ 0.00 |
| Transportation (not including motor vehicle payments) | $ 250.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ 0.00 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0.00 | $ 0.00 |
| Homeowner's or renter's | $ 0.00 | $ 0.00 |
| Life | $ 0.00 | $ 0.00 |
| Health | $ 0.00 | $ 0.00 |
| Motor Vehicle | $ 95.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): see attached sheet | $ 0.00 | $ 0.00 |
| Installment payments | $ 0.00 | $ 0.00 |
| Motor Vehicle | $ 170.03 | $ 0.00 |
| Credit card (name): | $ 0.00 | $ 0.00 |
| Department store (name): | $ 0.00 | $ 0.00 |
| Other: see attached sheet | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 190.00 | $ 0.00 |
| Other (specify): pawn shop interest | $ 175.00 | $ 0.00 |
| **Total monthly expenses** | $ 3,049.12 | $ 0.00 |

*10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

■ Yes ☐ No If yes, describe on an attached sheet.

*11. Have you spent – or will you be spending – any money for expenses or attorney fees in connection with this lawsuit?*

☐ Yes ■ No If yes, how much: $ ____________

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Please see the attached sheet.

*13. State the city and state of your legal residence.* City of Ocala, Florida

Your daytime phone number: (352) 239-9037

Your age: 69 Your years of schooling: 16

Attached sheet for Neil Joseph Gillespie, Motion for Permission to Appeal In Forma Pauperis and Affidavit, United States Court of Appeals for the Eleventh Circuit

1. Additional issues on appeal of case no. 5:25-cv-486:

- Right under the First Amendment to petition the Government for a redress of grievances; right to an Article III federal judge in the USDC, Middle District of Florida, Ocala Division.
- Right to lawful adjudication of my U.S. Justice Department complaint number 665324-SWD, alleging U.S. Judge Sheri Polster Chappell and U.S. Magistrate Judge Philip R. Lammens violated 18 U.S.C. § 241, and engaged in a conspiracy against rights, during the pendency of this case, no. 5:25-cv-486, by, inter alia, failing to make timely rulings and otherwise engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts in violation 28 U.S.C. § 363 while presiding over my voting rights case filed August 5, 2025 as a voter, and as candidate for mayor of the City Of Ocala, Florida.
- Right for a nonlawyer appearing *pro se* (self-represented litigant) to file electrically on the court's Case Management/Electronic Case Files (CM/ECF) system, or by email to the clerk. There is a circuit split in the U.S. Eleventh Circuit with *pro se* litigants and electronic.
- Prompt adjudication for pro se litigant's motion to proceed in forma pauperis.
- Right of a self-represented litigant to obtain a summons from the clerk.
- Fourth Amendment right to live, work and vote in the City of Ocala, Florida.
- Fifth Amendment right to life, liberty and property; right to due process of law.
- Fourteenth Amendment, privileges or immunities of citizens of the United States; right to life, liberty, and property; right to due process of law; right to equal protection of the laws.
- U.S. Const. Art IV, Sec 2, Privileges and Immunities of Citizens in the several States.
- U.S. Const. Article VI, Supremacy Clause
- I object to Judge Chappell intent to seal case 5:25-cv-486 under Local Rule 1.11(e).

9. Neil Joseph Gillespie is homeless following eviction at gunpoint after foreclosure of a Home Equity Conversion Mortgage (HECM) on his former residence at 8092 SW 115th Loop, Ocala, Florida 34474. While I am homeless, I am not unhoused; I stay at my rented office.

$4,860 balance of vehicle loan.
$173,280 in dental work needed.

$190.00 Business expenses include copy ink/toner, postage, paper, transcripts, computer repair.

Current debts.
IRS claims I owe $2,300, which I dispute the amount ($1,431.11 actually owed)
Disputed debts: $475.00 LVNV Funding; $78.00 Verizon Wireless; $2,070 Netcredit/Republic
Pawn shop debt: $875.00
Brigit loan: $155.00
Money Lion loan: $100.00
Total: $6,053

10. I may have more income in the next 12 months due to fundraising.