APPEAL,CLOSED,STAYED

# U.S. District Court
# Middle District of Florida (Ocala)
# CIVIL DOCKET FOR CASE #: 5:25−cv−00486−SPC−PRL

Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al
Assigned to: Judge Sheri Polster Chappell
Referred to: Magistrate Judge Philip R. Lammens
Demand: $1,000,000
Cause: 42:1973 Voting Rights Act

Date Filed: 08/05/2025
Date Terminated: 01/13/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Neil Joseph Gillespie** | represented by | **Neil Joseph Gillespie**<br>2801 SW College Road<br>Suite 3<br>Ocala, FL 34474<br>PRO SE |

V.

**Defendant**

**Wesley Wilcox, Marion County Supervisor of Elections**
*Official Capacity*

**Defendant**

**Mayor Ben Marciano**
*Official Capacity*

**Defendant**

**City Attorney William E. Sexton**
*Official Capacity*

**Defendant**

**City Clerk Angel B. Jacobs**
*Official Capacity*

**Defendant**

**City Council Kristen Dreyer**
*Official Capacity*

**Defendant**

**City Council Ira Bethea , Sr.**
*Official Capacity*

**Defendant**

**City Council James Hilty**
*Official Capacity*

**Defendant**

**City Council Jay Musleh**
*Official Capacity*

**Defendant**

**Fl Sec. of State Cord Byrd**
*Official Capacity*

**Defendant**

**The Florida Department of State**

**Defendant**

**Governor Ron DeSantis**
*Official Capacity*

**Defendant**

**City Council Barry Mansfield**
*Official Capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2025 | 1 | COMPLAINT against Wesley Wilcox, Marion County Supervisor of Elections filed by Neil Joseph Gillespie. (No service copies provided) (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(MGB) (Entered: 08/07/2025) |
| 08/05/2025 | 2 | MOTION to Proceed In Forma Pauperis by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/07/2025) |
| 08/06/2025 | 3 | Amended MOTION to Proceed In Forma Pauperis by Neil Joseph Gillespie. (Attachments: # 1 Supplement)(MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/08/2025) |
| 08/06/2025 | 4 | SUPPLEMENT re 1 Complaint by Neil Joseph Gillespie. (MGB) (Entered: 08/08/2025) |
| 08/07/2025 | 5 | NOTICE of Non−Consent (Objection) to U.S. Magistrate Judge by Neil Joseph Gillespie. (MGB) Modified docket text on 8/8/2025 (JG). (Entered: 08/08/2025) |
| 08/07/2025 | 6 | MOTION for Miscellaneous Relief, specifically to E−file by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/08/2025) |
| 08/07/2025 | 7 | PROPOSED summons to be issued by Neil Joseph Gillespie. (MGB) (Entered: 08/08/2025) |
| 08/11/2025 | 8 | **NOTICE to pro se litigant. Signed by Magistrate Judge Philip R. Lammens on 8/11/2025. (MGB)** (Entered: 08/11/2025) |
| 08/11/2025 | 9 | |

| | | |
|---|---|---|
| | | **ORDER denying 6 Plaintiff's Motion to E−File. See Order for details. Signed by Magistrate Judge Philip R. Lammens on 8/11/2025. (JMA)** (Entered: 08/11/2025) |
| 08/12/2025 | 10 | AMENDED COMPLAINT against Ira Bethea, Sr, Cord Byrd, Ron DeSantis, Kristen Dreyer, James Hilty, Angel B. Jacobs, Barry Mansfield, Ben Marciano, Jay Musleh, William E. Sexton, The Florida Department of State, Wesley Wilcox, Marion County Supervisor of Elections filed by Neil Joseph Gillespie. Related document: 1 Complaint filed by Neil Joseph Gillespie.(MGB) (Additional attachment(s) added on 8/12/2025: # 1 Exhibit, # 2 Civil Cover Sheet) (MGB). (Entered: 08/12/2025) |
| 08/12/2025 | 11 | MOTION for Miscellaneous Relief, specifically For an Article III Judge by Neil Joseph Gillespie. (MGB) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 08/12/2025) |
| 08/12/2025 | 12 | DECLARATION of by Neil Joseph Gillespie. (Attachments: # 1 Exhibit)(MGB) (Entered: 08/12/2025) |
| 08/13/2025 | 13 | **OPINION and ORDER Overruling 11 Plaintiff's Objection. Signed by Judge Sheri Polster Chappell on 8/13/2025. (LF)** (Entered: 08/13/2025) |
| 11/12/2025 | 14 | **ORDER taking under advisement 3 Plaintiff's Amended Motion to Proceed in Forma Pauperis; and denying as moot 2 Plaintiff's Motion to Proceed in Forma Pauperis, in light of the filing of the amended motion. Plaintiff shall file a second amended complaint on or before December 12, 2025. Signed by Magistrate Judge Philip R. Lammens on 11/12/2025. (JMA)** (Entered: 11/12/2025) |
| 12/11/2025 | 15 | NOTICE of voluntary dismissal without prejudice by Neil Joseph Gillespie (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(MGB) (Entered: 12/11/2025) |
| 01/13/2026 | 16 | **ENDORSED ORDER. Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 15). The Notice is self−executing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk is now DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case. Signed by Judge Sheri Polster Chappell on 1/13/2026. (JMM)** (Entered: 01/13/2026) |
| 01/13/2026 | 17 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non−party must move for relief before the seal expires. (Signed by Deputy Clerk). (JTM) (Entered: 01/13/2026) |
| 02/12/2026 | 18 | NOTICE OF APPEAL as to 17 Notice to Counsel of Local Rule, 16 Order Dismissing Case, by Neil Joseph Gillespie. Filing fee not paid. ***Case Stayed. (MGB) (Entered: 02/12/2026) |
| 02/12/2026 | 19 | MOTION to Appeal In Forma Pauperis by Neil Joseph Gillespie. (MGB) (Entered: 02/12/2026) |

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Philip R. Lammens
(chambers_flmd_lammens@flmd.uscourts.gov), Judge Sheri Polster Chappell
(chambers_flmd_chappell@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26648965@flmd.uscourts.gov
Subject:Activity in Case 5:25-cv-00486-SPC-PRL Gillespie v. Wesley Wilcox, Marion County
Supervisor of Elections et al Order Dismissing Case
```
Content-Type: text/html

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 1/13/2026 at 9:11 AM EST and filed on 1/13/2026

| | |
|---|---|
| **Case Name:** | Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al |
| **Case Number:** | 5:25-cv-00486-SPC-PRL |
| **Filer:** | |
| **Document Number:** | 16(No document attached) |

**Docket Text:**
**ENDORSED ORDER. Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Doc. [15]). The Notice is self-executing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk is now DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case. Signed by Judge Sheri Polster Chappell on 1/13/2026. (JMM)**

**5:25-cv-00486-SPC-PRL Notice has been electronically mailed to:**

**5:25-cv-00486-SPC-PRL Notice has been delivered by other means to:**

Neil Joseph Gillespie
2801 SW College Road
Suite 3
Ocala, FL 34474

MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Judge Sheri Polster Chappell
(chambers_flmd_chappell@flmd.uscourts.gov), Magistrate Judge Philip R. Lammens
(chambers_flmd_lammens@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26652652@flmd.uscourts.gov
Subject:Activity in Case 5:25-cv-00486-SPC-PRL Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al Notice to Counsel of Local Rule
Content-Type: text/html

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 1/13/2026 at 3:27 PM EST and filed on 1/13/2026

| | |
|---|---|
| **Case Name:** | Gillespie v. Wesley Wilcox, Marion County Supervisor of Elections et al |
| **Case Number:** | 5:25-cv-00486-SPC-PRL |
| **Filer:** | |
| **WARNING: CASE CLOSED on 01/13/2026** | |
| **Document Number:** | 17(No document attached) |

**Docket Text:**
**NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (JTM)**

**5:25-cv-00486-SPC-PRL Notice has been electronically mailed to:**

**5:25-cv-00486-SPC-PRL Notice has been delivered by other means to:**

Neil Joseph Gillespie
2801 SW College Road
Suite 3
Ocala, FL 34474

FILED - USDC - FLMD - OCA
FEB 12 2025 PM2:59

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL JOSEPH GILLESPIE,

Plaintiff,

vs. CASE No. 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Defendants.
_______________________________________/

NOTICE OF APPEAL

The Plaintiff, Neil Joseph Gillespie, a nonlawyer appearing pro se, gives Notice of Appeal to the U.S. Eleventh Circuit Court of Appeals, of this Court's Endorsed Order closing the

case (Doc 16, entered January 13, 2026), and this Court's NOTICE of Local Rule 1.11(e) to seal the case (Doc 17, entered January 13, 2026).

Accompanying this Notice of Appeal is the Plaintiff's Motion for Permission to Appeal In Forma Pauperis and Affidavit.

Respectfully Submitted February 12, 2026.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd., STE 3
Ocala, FL 34474
Tel: 352-239-9037
Neil4Justice@yahoo.com
NeilGillespie@mail.com (E-Filing Portal)

Request the Clerk serve this Notice of Appeal to the Defendants on the Courts CM/ECF system.