UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL JOSEPH GILLESPIE,

Plaintiff,

vs. Case: 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Defendants.
_________________________________________/

COMPLAINT FILED WITH UNITED STATES MARSHALS SERVICE
Notice: $605 Appeal Fee Paid in Cash on February 27, 2026

The Plaintiff pro se, Neil Joseph Gillespie ("Gillespie"), a nonlawyer, states:

1. On March 8, 2026 the U.S Eleventh Circuit Court of Appeals did not show Gillespie paid the appeal fee of $605 on February 27, 2026 in appeal no. 26-10492. Therefore Gillespie filed by

email a complaint with David Santana, Deputy U.S. Marshal, Criminal Investigator, U.S. Department of Justice, United States Marshals Service, Golden-Collum Memorial Federal Building and United States Courthouse, 207 NW 2nd Street, Ocala, FL 34475. (Exhibit 1)

2. A copy of the complaint was provided by email to Gregory W. Kehoe, United States Attorney, Middle District of Florida, U.S. Attorney's Office, U.S. Department of Justice (DOJ), the DOJ Civil Rights Division for the Middle District of Florida, The Hon. Marcia Morales Howard, Chief Judge, U.S. District Court, Middle District of Florida (USDC, MDFL), Megan A. Mann, Chief Deputy of Operations, USDC, MDFL, and Lisa Fannin, Ocala Division Manager.

3. Gillespie in the district court filed (Doc 21) "NOTICE of Filing by Neil Joseph Gillespie. (Attachments: # 1 Exhibit 1-11)(MGB) (Entered: 03/02/2026)" The Notice of Filing (Doc 21) is in compliance with paragraph #2 on the Appellate Court's Civil Docketing Notice:

> 2. File in the **District Court** a Transcript Order Form or a certificate stating no transcripts will be ordered. See FRAP 10(b) & the accompanying 11th Cir. IOP. (Not applicable in certain bankruptcy appeals. See FRAP 6(b)).

RESPECTFULLY SUBMITTED March 9, 2026.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Service to the parties by the Count's Case Management/Electronic Case File system (CM/ECF) with public access through the PACER system (Public Access to Court Electronic Records)