FILED - USDC - FLMD - OCA
MAR 10 2026 PM2:27

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL JOSEPH GILLESPIE,

Plaintiff,

vs. Case: 5:25-cv-486-SPC-PRL

WESLEY WILCOX, in his official capacity as
Marion County Supervisor of Elections, Florida,
BEN MARCIANO, in his official capacity as
Mayor of the City of Ocala, Florida
WILLIAM E. SEXTON, in his official capacity as
City Attorney, City of Ocala, Florida,
ANGEL B. JACOBS, in her official capacity as
City Clerk, City of Ocala, Florida,
KRISTEN DREYER, in her official capacity as
President, City Council, City of Ocala, Florida,
IRA BETHEA, Sr, in his official capacity as
President Pro-Tem, City Council, City of Ocala, Florida,
BARRY MANSFIELD, in his official capacity as
City Council Member, City of Ocala, Florida,
JAMES HILTY, Sr, in his official capacity as
City Council Member, City of Ocala, Florida,
JAY MUSLEH, in his official capacity as
City Council Member, City of Ocala, Florida,
CORD BYRD, in his official capacity as
Florida Secretary of State, the FLORIDA
DEPARTMENT OF STATE,
RON DESANTIS, in his official capacity
as Governor of Florida,

Defendants.

_______________________________________/

NOTICE OF FOIA 5 U.S.C. § 552

The Plaintiff pro se, Neil Joseph Gillespie ("Gillespie"), a nonlawyer, states:

1. On March 10, 2026 Gillespie made a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Hon. Marcia Morales Howard, Chief Judge, United States District Court, Middle District of Florida, by email appearing at <u>Exhibit 1</u>.

2. The FOIA to Chief Judge Howard states:

Hon. Marcia Morales Howard, Chief Judge
United States District Court
Middle District of Florida
Chambers Phone: (904) 301-6750
Chambers Email: chambers_flmd_howard@flmd.uscourts.gov

RE: Gillespie v. Wesley Wilcox, SOL, et al, case no. 5:25-cv-486 (CA11 no. 26-10492)
U.S. District Court, Middle District of Florida, Ocala Division

Dear Chief Judge Howard,

Good morning. This is a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

Please provide records showing the chain of custody for $605 cash I paid for an appeal fee for CA11 no. 26-10492 on February 27, 2026 @ 3:37 PM to a deputy clerk in the Ocala Division, receipt no. 14374, cashier ID, #KS (6740), U.S. District Court, Middle District of Florida. Receipt no. 14374 is attached.

Time is of the essence. Thank you.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Email: NeilGillespie@mail.com
Email: Neil4Justice@yahoo.com
Tel: 352-239-9037

Attachment

Cc: Gregory W. Kehoe, United States Attorney
Middle District of Florida, U.S. Attorney's Office
Email: gregory.kehoe@usdoj.gov
Email: USAFLM.Civil.Rights@usdoj.gov

David Santana, Deputy U.S. Marshal
Email: david.santana@usdoj.gov

Megan A. Mann, Chief Deputy of Operations, USDC, MDFL
Email: Megan_Mann@flmd.uscourts.gov
Lisa Fannin, Ocala Division Manager
Email: Lisa_Fannin@flmd.uscourts.gov

RESPECTFULLY SUBMITTED March 10, 2026.

Neil J. Gillespie, Plaintiff pro se
2801 SW College Rd. STE 3
Ocala, FL 34474
Tel: 352-239-9037
Email: Neil4Justice@yahoo.com
Email: NeilGillespie@mail.com (Florida Portal Eservice)

Service to the parties by the Count's Case Management/Electronic Case File system (CM/ECF) with public access through the PACER system (Public Access to Court Electronic Records)