EXHIBIT
1

# Freedom of Information Act (FOIA), 5 U.S.C. § 552

From: Neil4Justice (neil4justice@yahoo.com)

To: chambers_flmd_howard@flmd.uscourts.gov; neil4justice@yahoo.com; neilgillespie@mail.com

Cc: david.santana@usdoj.gov; gregory.kehoe@usdoj.gov; usaflm.civil.rights@usdoj.gov; chambers_flmd_howard@flmd.uscourts.gov; megan_mann@flmd.uscourts.gov; lisa_fannin@flmd.uscourts.gov

Date: Tuesday, March 10, 2026 at 07:08 AM EDT

Hon. Marcia Morales Howard, Chief Judge
United States District Court
Middle District of Florida
Chambers Phone: (904) 301-6750
Chambers Email: chambers_flmd_howard@flmd.uscourts.gov

RE: Gillespie v. Wesley Wilcox, SOL, et al, case no. 5:25-cv-486 (CA11 no. 26-10492)
U.S. District Court, Middle District of Florida, Ocala Division

Dear Chief Judge Howard,

Good morning. This is a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

Please provide records showing the chain of custody for $605 cash I paid for an appeal fee for CA11 no. 26-10492 on February 27, 2026 @ 3:37 PM to a deputy clerk in the Ocala Division, receipt no. 14374, cashier ID, #KS (6740), U.S. District Court, Middle District of Florida. Receipt no. 14374 is attached.

Time is of the essence. Thank you.

Sincerely,
/s/
Neil J. Gillespie
2801 SW College Rd., STE 3
Ocala, FL 34474
Email: NeilGillespie@mail.com
Email: Neil4Justice@yahoo.com
Tel: 352-239-9037

Attachment

Cc: Gregory W. Kehoe, United States Attorney
Middle District of Florida, U.S. Attorney's Office
Email: gregory.kehoe@usdoj.gov
Email: USAFLM.Civil.Rights@usdoj.gov

David Santana, Deputy U.S. Marshal
Email: david.santana@usdoj.gov

Megan A. Mann, Chief Deputy of Operations, USDC, MDFL
Email: Megan_Mann@flmd.uscourts.gov
Lisa Fannin, Ocala Division Manager
Email: Lisa_Fannin@flmd.uscourts.gov

RECEIPT PAID $605 CASH APPEAL FEE 5.25-cv-486 (26-10492).pdf
26.4 kB

# U.S. District Court

## Florida Middle - Ocala

Receipt Date: Feb 27, 2026 3:37PM

Neil Joseph Gillespie

Rcpt. No: 14374 | Trans. Date: Feb 27, 2026 3:37PM | Cashier ID: #KS (6740)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | 5:25-CV-486<br>Neil Joseph Gillespie | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $605.00 |

Comments: 5:25-cv-486-SPC-PRL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.